| Attorney or Party without Attorney:<br>NEAL J. DECKANT (SBN 322946)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>Telephone No: 925-300-4455<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>1808 Google IVR CIPA | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: MISAEL AMBRIZ, individually and on behalf of all other persons similarly situated<br>Defendant: GOOGLE, LLC | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>3:23-cv-05437-JSC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Class Action Complaint; Civil Standing Order For District Judge Jacqueline Scott Corley; Waiver Of The Service Of Summons; Standing Order For All Judges; Notice Of A Lawsuit And Request To Waive Service Of A Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Ecf Registration Information; Order Reassigning Case X2; Clerk's Notice Rescheduling Initial Case Management Conference; Order Of Recusal; Consent Or Declination To Magistrate Judge Jurisdiction; Notice Of Eligibility For Video Recording; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:      GOOGLE, LLC
   b. Person served:   NICOLE STAUSS, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE SUITE 150, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Nov 07 2023 (2) at: 01:59 PM

6. **Person Who Served Papers:**
   a. Jacobbi Williams (1314, Alameda County)           d. *The Fee* for Service was:   275.86
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

11/07/2023
(Date)                                                                        (Signature)



PROOF OF SERVICE

9890920
(6040673)