COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
ANUPAM DHILLON (324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

TIANA DEMAS (*pro hac vice* pending)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL  60606
Telephone:     +1 312 881 6500
Facsimile:     +1 312 881 6598

URVASHI MALHOTRA (334466)
(umalhotra@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendant
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 3:23-cv-05437-JSC<br><br>**NOTICE OF APPEARANCE OF TRAVIS LEBLANC ON BEHALF OF DEFENDANT GOOGLE LLC** |

1    PLEASE TAKE NOTICE THAT Defendant Google LLC files this Notice of Appearance

2  and hereby notify the Court and all parties that Travis LeBlanc for the law firm Cooley LLP, 3

3  Embarcadero Center, 20th Floor, San Francisco, California 94111, enters his appearance as counsel

4  of record for Defendant Google LLC in the above-referenced matter.

5    All pleadings, discovery, correspondence, and other materials should be served upon

6  counsel at:

COOLEY LLP
7                                 TRAVIS LEBLANC
8                          3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
9                          E-Mail:  tleblanc@cooley.com
Telephone:     +1 415 693 2000
10                         Facsimile:     +1 415 693 2222

11  Dated: November 21, 2023                    COOLEY LLP

12

13                                              By: */s/ Travis LeBlanc*
                                                         Travis LeBlanc
14

15                                              Attorney for Defendant
Google LLC
16

17

18

19

20

21

22

23

24

25

26

27

28