COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
ANUPAM DHILLON (324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

TIANA DEMAS (*pro hac vice* pending)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL  60606
Telephone:    +1 312 881 6500
Facsimile:    +1 312 881 6598

URVASHI MALHOTRA (334466)
(umalhotra@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendant
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, individually and on behalf of all other persons similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>Google LLC,<br><br>            Defendant. | Case No. 3:23-cv-05437-JSC<br><br>**NOTICE OF APPEARANCE OF KRISTINE A. FORDERER ON BEHALF OF DEFENDANT GOOGLE LLC** |

PLEASE TAKE NOTICE THAT Defendant Google LLC files this Notice of Appearance and hereby notify the Court and all parties that Kristine A. Forderer for the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111, enters her appearance as counsel of record for Defendant Google LLC in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

COOLEY LLP
KRISTINE A. FORDERER
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
E-Mail:  kforderer@cooley.com
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Dated: November 21, 2023                                                   COOLEY LLP

By: /s/ Kristine A. Forderer
                Kristine A. Forderer

Attorney for Defendant
Google LLC