| | |
|---|---|
| 1 | COOLEY LLP |
| | TRAVIS LEBLANC (251097) |
| 2 | (tleblanc@cooley.com) |
| | KRISTINE A. FORDERER (278745) |
| 3 | (kforderer@cooley.com) |
| | ANUPAM DHILLON (324746) |
| 4 | (ADhillon@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| 5 | San Francisco, CA  94111 |
| | Telephone:     +1 415 693 2000 |
| 6 | Facsimile:      +1 415 693 2222 |
| 7 | TIANA DEMAS (*pro hac vice* pending) |
| | (tdemas@cooley.com) |
| 8 | 110 N. Wacker Drive, 42nd Floor |
| | Chicago, IL  60606 |
| 9 | Telephone:     +1 312 881 6500 |
| | Facsimile:      +1 312 881 6598 |
| 10 | |
| | URVASHI MALHOTRA (334466) |
| 11 | (umalhotra@cooley.com) |
| | 3175 Hanover Street |
| 12 | Palo Alto, CA  94304 |
| | Telephone:     +1 650 843 5000 |
| 13 | Facsimile:      +1 650 849 7400 |
| 14 | |
| | Attorneys for Defendant |
| 15 | Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 3:23-cv-05437-JSC<br><br>**NOTICE OF APPEARANCE OF ANUPAM DHILLON ON BEHALF OF DEFENDANT GOOGLE LLC** |

1    PLEASE TAKE NOTICE THAT Defendant Google LLC files this Notice of Appearance
2  and hereby notify the Court and all parties that Anupam Dhillon for the law firm Cooley LLP, 3
3  Embarcadero Center, 20th Floor, San Francisco, California 94111, enters his appearance as counsel
4  of record for Defendant Google LLC in the above-referenced matter.
5    All pleadings, discovery, correspondence, and other materials should be served upon
6  counsel at:

COOLEY LLP
ANUPAM DHILLON
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
E-Mail:  ADhillon@cooley.com
Telephone:   +1 415 693 2000
Facsimile:     +1 415 693 2222

Dated: November 21, 2023                         COOLEY LLP


By: /s/ Anupam Dhillon
　　　　　　　Anupam Dhillon

Attorney for Defendant
Google LLC