```
COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
ANUPAM DHILLON (324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

TIANA DEMAS (pro hac vice pending)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL  60606
Telephone:    +1 312 881 6500
Facsimile:    +1 312 881 6598

URVASHI MALHOTRA (334466)
(umalhotra@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400
```

Attorneys for Defendant
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Google LLC,<br><br>　　　　　　　Defendant. | Case No. 3:23-cv-05437-JSC<br><br>**NOTICE OF APPEARANCE OF URVASHI MALHOTRA ON BEHALF OF DEFENDANT GOOGLE LLC** |

PLEASE TAKE NOTICE THAT Defendant Google LLC files this Notice of Appearance and hereby notify the Court and all parties that Urvashi Malhotra for the law firm Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304, enters her appearance as counsel of record for Defendant Google LLC in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

COOLEY LLP
URVASHI MALHOTRA
3175 Hanover Street
Palo Alto, CA  94304
E-Mail: umalhotra@cooley.com
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Dated: November 21, 2023                                COOLEY LLP

By: */s/ Urvashi Malhotra*
Urvashi Malhotra

Attorney for Defendant
Google LLC