```
1    COOLEY LLP
     TRAVIS LEBLANC (251097)
2    (tleblanc@cooley.com)
     KRISTINE A. FORDERER (278745)
3    (kforderer@cooley.com)
     ANUPAM DHILLON (324746)
4    (ADhillon@cooley.com)
     3 Embarcadero Center, 20th Floor
5    San Francisco, CA  94111
     Telephone:    +1 415 693 2000
6    Facsimile:    +1 415 693 2222

7    TIANA DEMAS (*pro hac vice* pending)
     (tdemas@cooley.com)
8    110 N. Wacker Drive, 42nd Floor
     Chicago, IL  60606
9    Telephone:    +1 312 881 6500
     Facsimile:    +1 312 881 6598
10
     URVASHI MALHOTRA (334466)
11   (umalhotra@cooley.com)
     3175 Hanover Street
12   Palo Alto, CA  94304
     Telephone:    +1 650 843 5000
13   Facsimile:    +1 650 849 7400

14
     Attorneys for Defendant
15   Google LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, individually and on behalf of all other persons similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>Google LLC,<br><br>            Defendant. | Case No. 3:23-cv-05437-JSC<br><br>**GOOGLE LLC'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 3-15** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

GOOGLE'S DISCLOSURE AND CERTIFICATION
PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15
CASE NO. 3:23-CV-05437

Pursuant to Federal Rule of Civil Procedure 7.1, Google discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company.  No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, there is no conflict to report.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  Google LLC

2.  XXVI Holdings Inc., Holding Company of Google LLC

3.  Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: November 21, 2023　　　　　　　　　　COOLEY LLP

By: */s/ Kristine Forderer*
　　　Kristine Forderer

Attorney for Defendant
Google LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

GOOGLE'S DISCLOSURE AND CERTIFICATION
PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15
CASE NO. 3:23-CV-05437