| | |
|---|---|
| **COOLEY LLP**<br>TRAVIS LEBLANC (251097)<br>(tleblanc@cooley.com)<br>KRISTINE A. FORDERER (278745)<br>(kforderer@cooley.com)<br>ANUPAM DHILLON (324746)<br>(ADhillon@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111<br>Telephone:     +1 415 693 2000<br>Facsimile:      +1 415 693 2222<br><br>TIANA DEMAS (*pro hac vice* pending)<br>(tdemas@cooley.com)<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL  60606<br>Telephone:     +1 312 881 6500<br>Facsimile:      +1 312 881 6598<br><br>URVASHI MALHOTRA (334466)<br>(umalhotra@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304<br>Telephone:     +1 650 843 5000<br>Facsimile:      +1 650 849 7400<br><br>Attorneys for Defendant<br>Google LLC | **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ndeckant@bursor.com<br><br>Attorney for Plaintiff and the Putative Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, individually and on behalf of all other persons similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>Google LLC,<br><br>     Defendant. | Case No. 3:23-cv-05437-JSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))**<br><br>Complaint Served: November 7, 2023<br>Current Deadline: November 28, 2023<br>New Response Date: January 16, 2024 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:23-CV-05437

Pursuant to Civil Local Rule 6-1(a), Plaintiff Misael Ambriz ("Plaintiff") and Defendant Google LLC ("Google") (collectively, "Parties"), by and through their respective counsel, stipulate and agree as follows:

### RECITALS

WHEREAS, Plaintiff filed a Class Action Complaint in this action ("Complaint") against Google on October 23, 2023 (ECF No. 1);

WHEREAS, Google was served with the Complaint on November 7, 2023 (ECF No. 13);

WHEREAS, the deadline for Google to answer or otherwise respond to the Complaint is currently November 28, 2023;

WHEREAS, pursuant to Local Rule 6-1(a), Google requested and Plaintiff agreed to extend Google's time to answer or otherwise respond to the Complaint through and until January 16, 2024 (the "Extension");

WHEREAS, the Parties further agreed on a briefing schedule for any motion filed by Google in response to the Complaint such that Plaintiff's opposition shall be due on February 24, 2024 and Google's reply shall be due on March 7, 2024.

WHEREAS, the Extension will not alter the date of any event or deadline already fixed by Court order;

### STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Local Rule 6-1(a), that:

1. The time for Google to answer or otherwise respond to the Complaint in this action shall be extended through and until January 16, 2024;

2. Plaintiff's opposition to any motion filed by Google in response to the Complaint shall be filed on or before February 15, 2024;

3. Google's reply in connection with any motion filed in response to the Complaint shall be filed on or before March 7, 2024;

4. Nothing herein shall be deemed a waiver of any rights or defenses by Google or Plaintiff.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:23-CV-05437

| | | |
|---|---|---|
| Dated: November 21, 2023 | | COOLEY LLP |
| | | By: */s/ Kristine Forderer* |
| | | Kristine Forderer |
| | | Attorney for Defendant Google LLC |
| Dated: November 21, 2023 | | BURSOR & FISHER |
| | | By: */s/ Neal J. Deckant* |
| | | Neal J. Deckant |
| | | Attorney for Plaintiff |

### ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kristine Forderer*
Kristine Forderer

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:23-CV-05437