UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISAEL AMBRIZ,

Plaintiff(s),

v.

GOOGLE LLC,

Defendant(s).

Case No. 3:23-cv-05437-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Tiana Demas, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Google LLC in the above-entitled action. My local co-counsel in this case is Kristine Forderer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 278745.

| | |
|---|---|
| 110 N. Wacker Drive, 42nd Floor<br>Chicago, IL  60606 | 3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 1 312 881 6500 | 1 415 693 2000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| tdemas@cooley.com | kforderer@cooley.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4210472.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 4 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2023                                  Tiana Demas
                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Tiana Demas  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  November 22, 2023



UNITED STATES _____ JUDGE

GRANTED
Judge Jacqueline Scott Corley