| | |
|---|---|
| 1 | COOLEY LLP |
| | TRAVIS LEBLANC (251097) |
| 2 | (tleblanc@cooley.com) |
| | KRISTINE A. FORDERER (278745) |
| 3 | (kforderer@cooley.com) |
| | ANUPAM DHILLON (324746) |
| 4 | (ADhillon@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| 5 | San Francisco, CA  94111 |
| | Telephone:     +1 415 693 2000 |
| 6 | Facsimile:      +1 415 693 2222 |
| 7 | TIANA DEMAS (*pro hac vice*) |
| | (tdemas@cooley.com) |
| 8 | 110 N. Wacker Drive, 42nd Floor |
| | Chicago, IL  60606 |
| 9 | Telephone:     +1 312 881 6500 |
| | Facsimile:      +1 312 881 6598 |
| 10 | |
| 11 | URVASHI MALHOTRA (334466) |
| | (umalhotra@cooley.com) |
| 12 | 3175 Hanover Street |
| | Palo Alto, CA  94304 |
| 13 | Telephone:     +1 650 843 5000 |
| | Facsimile:      +1 650 849 7400 |
| 14 | |
| 15 | Attorneys for Defendant |
| | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, individually and on behalf of all other persons similarly situated, | Case No. 3:23-cv-05437-RFL |
| Plaintiff, | Assigned for all purposes to the Honorable Rita F. Lin |
| v. | **GOOGLE LLC'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| GOOGLE LLC, | |
| Defendant. | [Northern Dist. L.R. 3-13] |
| | Complaint Filed Oct. 23, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 3-13, Google LLC ("Google") hereby provides notice of pendency of another action involving a material part of the same subject matter and substantially the same parties. The other action, *Christopher Barulich v. Google LLC, Home Depot, Inc.*, Case No. 2:24-cv-01253 (C.D. Cal.) ("*Barulich*"), is pending before the Honorable Fernando L. Aenlle-Rocha and was filed on February 14, 2024 and served on Google on February 22, 2024. Google's current deadline to answer or otherwise respond to the initial *Barulich* complaint is currently May 13, 2024. Attached as Exhibit 1 hereto is a true and correct copy of the *Barulich* Complaint.

This action and *Barulich* are both putative class actions brought on behalf of individuals alleging that Google violated the California Invasion of Privacy Act ("CIPA"), Cal. Pen. Code § 631(a), through its Cloud Contact Center Artificial Intelligence ("CCAI" or "GCCCAI") service. In both actions, the named Plaintiff alleges he called the customer service line of a Google customer (in *Barulich*, Home Depot, Inc., and here, Verizon Communications, Inc.) that used CCAI. In both cases, the named Plaintiffs allege they spoke to live customer service representatives while the software provided assistance to the live agent in the background. *Compare Ambriz* Compl. ¶ 36 ("Google, through GCCCAI, eavesdropped on Plaintiff's entire conversation with the Verizon human customer service agent. Specifically, a Google session manager monitored the conversation between Plaintiff and Verizon, and Google, through GCCCAI, transcribed Plaintiff's conversation in real time, analyzed the context of Plaintiff's conversation with Verizon, and suggested "smart replies" and news articles to the Verizon agent Plaintiff was communicating with."), *with Barulich* Compl. ¶ 26 ("Google, though its Cloud Contact Center AI, surreptitiously listened in and monitored Plaintiff's communications with Home Depot. Google used this CCAI technology to transcribe Plaintiff's conversations in real time, analyze the contents of Plaintiff's communications, and suggest possible replies to the live Home Depot agent on the phone.").

Google does not believe that a Multi District Litigation transfer pursuant to 28 U.S.C. § 1407 is necessary at this time, given that only two actions have been filed. However, Google believes the two actions should be coordinated and will move to transfer and consolidate the two matters, which, given the significant factual and legal overlap between the actions, is necessary to

avoid conflicts, conserve resources, and promote an efficient determination of the action. On March 12, 2024, counsel for Google emailed Plaintiff's counsel in *Barulich* to inquire whether they would agree to voluntary consolidation of the *Barulich* case with *Ambriz*; Plaintiff's counsel stated they did not believe consolidation was appropriate.

Dated: March 14, 2024						COOLEY LLP


							By: */s/ Kristine A. Forderer*
							       Kristine A. Forderer

							Attorney for Defendant
							GOOGLE LLC