| | |
|---|---|
| **COOLEY LLP**<br>TRAVIS LEBLANC (251097)<br>(tleblanc@cooley.com)<br>KRISTINE A. FORDERER (278745)<br>(kforderer@cooley.com)<br>ANUPAM DHILLON (324746)<br>(ADhillon@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111<br>Telephone:     +1 415 693 2000<br>Facsimile:      +1 415 693 2222<br><br>TIANA DEMAS (*pro hac vice*)<br>(tdemas@cooley.com)<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL  60606<br>Telephone:     +1 312 881 6500<br>Facsimile:      +1 312 881 6598<br><br>URVASHI MALHOTRA (334466)<br>(umalhotra@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304<br>Telephone:     +1 650 843 5000<br>Facsimile:      +1 650 849 7400<br><br>*Attorneys for Defendant*<br>*Google LLC* | **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ndeckant@bursor.com<br><br>*Attorney for Plaintiffs* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, and PETER SAMISH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:23-cv-05437-RFL<br><br>**JOINT STIPULATION EXTENDING TIME FOR GOOGLE LLC TO RESPOND TO FIRST AMENDED COMPLAINT  (L.R. 6-2)**<br><br>Complaint Served: July 22, 2024<br>Current Deadline: August 12, 2024 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

JOINT STIPULATION EXTENDING
GOOGLE'S TIME TO RESPOND TO FAC
CASE NO. 3:23-CV-05437

Pursuant to Civil Local Rule 6-2, and as supported by the Declaration of Kristine Forderer filed herewith, Plaintiffs Misael Ambriz, Jimmy Nimmo, Christopher Bissonnette, Ahmad Mehdipour, Eugene Erlikh, James Fox, and Peter Samish ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, "Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court lengthen the deadline for Google to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint in this Action ("FAC").  The Parties declare in support of this request:

WHEREAS, on June 20, 2024, the Court granted Google's Motion to Dismiss in the above-captioned action ("Action") and allowed Plaintiff to file an amended complaint on or before July 22, 2024 (ECF No. 37);

WHEREAS, Plaintiffs filed the FAC against Google on July 22, 2024 (ECF No. 39);

WHEREAS, the deadline for Google to answer or otherwise respond to the FAC is currently August 12, 2024 (ECF No. 37);

WHEREAS, Google previously notified the Court of the pendency of a related action, *Christopher Barulich v. The Home Depot, Inc., Home Depot U.S.A., Inc., and Google, LLC*, Case No. 2:24-cv-01253-FLA-JC (C.D. Cal.) ("*Barulich*"), and Google's intent to take steps to transfer and consolidate *Barulich* with this Action (ECF No. 31);

WHEREAS, on May 24, 2024, Google filed a motion to transfer the *Barulich* action to the Northern District (Google LLC's Notice of Motion and Renewed Motion to Transfer; Memorandum of Points and Authorities, *Barulich* May 24, 2024, ECF No. 40);

WHEREAS on July 31, 2024, Google and Barulich filed a Joint Stipulation to Transfer *Barulich* to the Northern District of California (Joint Stipulation to Transfer, *Barulich* July 31, 2024, ECF No. 54), and on July 30, 2024, Barulich agreed to withdraw his opposition to Google's Motion to Transfer (Notice of Withdrawal, *Barulich* July 30, 2023, ECF No. 52);

WHEREAS, in the event the *Barulich* matter is transferred, the intent of the Parties is to file a motion (jointly with Barulich) to relate and a motion to consolidate the *Ambriz* and *Barulich* matters;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

JOINT STIPULATION EXTENDING
GOOGLE'S TIME TO RESPOND TO FAC
CASE NO. 3:23-CV-05437

WHEREAS, transfer and consolidation of the *Barulich* action will promote efficiency for the Parties and the Court given the similarity of issues, claims, and parties in the two actions;

WHEREAS, to give the *Barulich* Court time to consider the Joint Stipulation to Transfer and for this Court to consider the Parties' anticipated motion to consolidate in the event the transfer is granted, the Parties propose staying Google's deadline to respond to the FAC, until such time as the issues of transfer, relation, and consolidation of *Barulich* are resolved, at which time new deadlines may be set for the filing of a consolidated amended complaint and Google's response thereto. In the alternative, the Parties propose that the Court set a deadline of October 22, 2024 for Google's response to the FAC, without prejudice to the Parties seeking additional time if needed to effectuate transfer and consolidation, in the event those request are granted (the "Extension").

WHEREAS, the Extension will not alter the date of any event or deadline already fixed by Court order, aside from the Court's order requiring Google to respond to any amended complaint within 21 days of filing (*see* ECF No. 37).

THEREFORE, pursuant to Local Rule 6-2, the Parties, by and through their respective counsel, stipulate as follows:

1. The time for Google to answer or otherwise respond to the FAC in this Action shall be stayed in light of the Parties' anticipated request for consolidation of this Action and the *Barulich* action, or in the alternative, extended through October 22, 2024; and

2. Nothing herein shall be deemed a waiver of any rights or defenses by Google or Plaintiffs.

**IT IS SO STIPULATED AND AGREED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3

JOINT STIPULATION EXTENDING
GOOGLE'S TIME TO RESPOND TO FAC
CASE NO. 3:23-CV-05437

| | |
|---|---|
| Dated: July 31, 2024 | COOLEY LLP |
| | By: */s/ Kristine Forderer*<br>    Kristine Forderer |
| | *Attorney for Defendant*<br>*Google LLC* |
| Dated: July 31, 2024 | BURSOR & FISHER |
| | By: */s/ Neal J. Deckant*<br>    Neal J. Deckant |
| | *Attorney for Plaintiffs* |

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 31, 2024

By: */s/ Kristine Forderer*
    Kristine Forderer

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

4

JOINT STIPULATION EXTENDING
GOOGLE'S TIME TO RESPOND TO FAC
CASE NO. 3:23-CV-05437

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, and PETER SAMISH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-05437-RFL<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR GOOGLE TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 6-2)** |

Having considered the Parties' Joint Stipulation Extending Time for Google to Respond to First Amended Complaint ("FAC"), and for good cause shown,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

1. ~~The time for Google to answer or otherwise respond to the FAC in this Action shall be stayed in light of the Parties' anticipated request for consolidation of this Action and the *Barulich* action;~~

2. [ALTERNATIVE] The time for Google to answer or otherwise respond to the FAC in this Action shall be extended through October 22, 2024

3. Nothing herein shall be deemed a waiver of any rights or defenses by Google or Plaintiffs.

Dated: August 1, 2024

_____
The Honorable Rita F. Lin
United States District Judge

306239432

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

5

JOINT STIPULATION EXTENDING
GOOGLE'S TIME TO RESPOND TO FAC
CASE NO. 3:23-CV-05437