1  COOLEY LLP
   TRAVIS LEBLANC (251097)
2  (tleblanc@cooley.com)
   KRISTINE A. FORDERER (278745)
3  (kforderer@cooley.com)
   ANUPAM DHILLON (324746)
4  (ADhillon@cooley.com)
   3 Embarcadero Center, 20th Floor
5  San Francisco, CA  94111
   Telephone:     +1 415 693 2000
6  Facsimile:      +1 415 693 2222

7  TIANA DEMAS (*pro hac vice*)
   (tdemas@cooley.com)
8  110 N. Wacker Drive, 42nd Floor
   Chicago, IL  60606
9  Telephone:     +1 312 881 6500
   Facsimile:      +1 312 881 6598

11 Attorneys for Defendant
   GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, and PETER SAMISH, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-05437-RFL<br><br>**(Proposed) Order Granting Joint Administrative Motion to (1) Consider Whether Cases Should be Related and (2) Consolidate Cases** |

Cooley LLP
Attorneys at Law
San Francisco, CA

(Prop.) Order Relating and Consolidating Cases
Case No. 3:23-cv-05437

Having reviewed the Parties' Joint Administrative Motion to (1) Consider Whether Cases Should be Related and (2) Consolidate Cases (the "Motion"), the concurrently filed Declaration of Kristine Forderer, and the relevant law, the Court hereby finds as follows:

1. The above-captioned matter, *Ambriz v. Google LLC*, No. 23-cv-05437 (N.D. Cal.), and the action styled *Barulich v. Google, LLC*, No. 24-cv-06225 (N.D. Cal.), meet the definition of related cases provided by Civil Local Rule 3-12(a). The Court accordingly GRANTS Google's Motion and DEEMS RELATED the *Ambriz* and *Barulich* actions.

2. The *Ambriz* and *Barulich* actions are appropriate for consolidation pursuant to Federal Rule of Civil Procedure 42(a)(2) because they involve common questions of law and fact and because the interest of judicial convenience achieved through consolidation outweighs any potential for delay, confusion, or prejudice. The Court accordingly GRANTS Google's Motion and hereby CONSOLIDATES the *Ambriz* and *Barulich* actions.

3. Plaintiffs shall file a consolidated amended complaint within 14 days of the entry of this order.

4. Google shall file its response to the consolidated amended complaint within 35 days of the filing.

**IT IS SO ORDERED.**

Dated: September 30, 2024

HON. RITA F. LIN
United States District Judge