COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)
THILINI L. CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

TIANA DEMAS (*pro hac vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL  60606
Telephone:    +1 312 881 6500
Facsimile:    +1 312 881 6598

Attorneys for Defendant
GOOGLE LLC

BURSOR & FISHER, P.A.
Neal J. Deckant (322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, PETER SAMISH, and CHRISTOPHER BARULICH, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-05437-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR GOOGLE LLC'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |

Cooley LLP
Attorneys at Law
San Francisco, CA

Stip. & [Prop.] Order Modifying Briefing Schedule Re: MTD Consolidated Am. Compl.
Case No. 3:23-cv-05437-RFL

Pursuant to Civil Local Rule 6-2, Plaintiffs Misael Ambriz, Jimmy Nimmo, Christopher Bissonnette, Ahmad Mehdipour, Eugene Erlikh, James Fox, Peter Samish, and Christopher Barulich ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court modify the opposition and reply deadlines in connection with Google's Motion to Dismiss (the "Motion") Plaintiffs' Consolidated Amended Class Action Complaint (the "CAC"). The Parties declare in support of this request:

WHEREAS, Plaintiffs filed the CAC on October 7, 2024;

WHEREAS, pursuant to the Court's Order Granting Joint Administrative Motion to (1) Consider Whether Cases Should be Related and (2) Consolidate Cases issued on September 30, 2024, Google's response to the CAC was due on November 12, 2024;

WHEREAS, Google filed the Motion on November 12, 2024;

WHEREAS, the Motion is set for hearing on February 4, 2025;

WHEREAS, pursuant to Civil Local Rules 7-3(a) and 7-3(c), respectively, Plaintiffs' current deadline to file any opposition to the Motion is November 26, 2024, and Google's current deadline to file a reply to any opposition is December 3, 2024;

WHEREAS, the Parties stipulate that, subject to the Court's approval, Plaintiffs' deadline to file any opposition to Motion would be extended to December 10, 2024, and Google's deadline to file a reply to any opposition would be extended to January 7, 2025;

WHEREAS, the Parties make this request in light of the upcoming holidays and the time remaining until the hearing on February 4, 2025;

WHEREAS, the previous time modifications in this case, whether by stipulation or Court order, are as follows:

- On November 21, 2023, Judge Corley granted the Parties' stipulation to (1) extend Google's deadline to answer or otherwise respond to Plaintiffs' initial complaint in this action from November 28, 2023 to January 16, 2024 and (2) set a briefing schedule such that Plaintiffs' opposition to any motion was due on February 24, 2024, and Google's reply was due on March 7, 2024;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

1

STIP. & [PROP.] ORDER MODIFYING BRIEFING
SCHEDULE RE: MTD CONSOLIDATED AM. COMPL.
CASE NO. 3:23-CV-05437-RFL

- On August 1, 2024, this Court granted the Parties' stipulation staying Google's deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint in light of the anticipated transfer and consolidation of Plaintiff Barulich's action—initially filed in the Central District of California—with this one, and the subsequent need for a consolidated amended complaint; and

- On September 30, 2024, this Court issued an Order Granting Joint Administrative Motion to (1) Consider Whether Cases Should be Related and (2) Consolidate Cases, in which it set a deadline for Plaintiffs to file the CAC and ordered Google to respond to the CAC within 35 days; and

WHEREAS, the Parties' proposed briefing schedule on Google's Motion will not affect the schedule for this case, as the Parties do not seek to change the February 4, 2025 hearing date, and the proposed schedule would comply with this Court's instruction that the final brief for any motion should be filed at least 14 days prior to the hearing on the motion.

THEREFORE, pursuant to Civil Local Rule 6-2, the Parties, by and through their respective counsel, stipulate as follows:

1. Plaintiffs' opposition to Google's Motion shall be filed by December 10, 2024; and
2. Google's reply shall be filed by January 7, 2025.

**IT IS SO STIPULATED AND AGREED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

STIP. & [PROP.] ORDER MODIFYING BRIEFING
SCHEDULE RE: MTD CONSOLIDATED AM. COMPL.
CASE NO. 3:23-CV-05437-RFL

Dated: November 20, 2024          COOLEY LLP

                                  By: /s/ *Kristine Forderer*
                                       Kristine Forderer

                                  Attorneys for Defendant
                                  GOOGLE LLC

Dated: November 20, 2024          BURSOR & FISHER, P.A.

                                  By: /s/ *Neal J. Deckant*
                                       Neal J. Deckant

                                  Attorneys for Plaintiffs

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 20, 2024

                                  By: */s/ Kristine Forderer*
                                       Kristine Forderer

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3

STIP. & [PROP.] ORDER MODIFYING BRIEFING
SCHEDULE RE: MTD CONSOLIDATED AM. COMPL.
CASE NO. 3:23-CV-05437-RFL

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024

By: _____
UNITED STATES DISTRICT JUDGE
RITA F. LIN

310748320

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

4

STIP. & [PROP.] ORDER MODIFYING BRIEFING
SCHEDULE RE: MTD CONSOLIDATED AM. COMPL.
CASE NO. 3:23-CV-05437-RFL