**THE SIMON LAW FIRM, P.C.**
Anthony G. Simon (*pro hac vice* pending)
Jeremiah W. Nixon (*pro hac vice* pending)
1001 Highlands Plaza Drive, Suite 300
St. Louis, Missouri 63110
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
jnixon@simonlawpc.com

*Co-Counsel for Plaintiff and the Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAREL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, PETER SAMISH, and CHRISTOPHER BARULICH, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 3:23-cv-05437-RFL<br><br>**NOTICE OF CHANGE OF ADDRESS OF THE SIMON LAW FIRM, P.C.** |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Anthony G. Simon and Jeremiah W. Nixon and the office of The Simon Law Firm, P.C. have relocated. The firm's new address is:

**The Simon Law Firm, P.C.**
**1001 Highlands Plaza Drive, Suite 300**
**St. Louis, Missouri 63110**

Telephone numbers and email addresses are not affected by this change and will remain the same. Undersigned counsel respectfully requests that all correspondence and future pleadings reflect this change.

Dated: December 5, 2024

Respectfully submitted,

/s/ Jeremiah W. Nixon
Anthony G. Simon (*pro hac vice*)
Jeremiah W. Nixon (*pro hac vice*)
**THE SIMON LAW FIRM, P.C.**
1001 Highlands Plaza Drive, Suite 300
St. Louis, Missouri 63110
Phone: (314) 241-2929
Fax: (314) 241-2029
Email: asimon@simonlawpc.com
Email: jnixon@simonlawpc.com

*Co-Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that today, December 5, 2024, I caused the foregoing Notice of Change of Attorney and Firm Address to be filed electronically with the Clerk of the Court, and therefore served upon all counsel of record.

/s/Jeremiah W. Nixon