COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)
THILINI L. CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

TIANA DEMAS (*pro hac vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL  60606
Telephone:    +1 312 881 6500
Facsimile:    +1 312 881 6598

Attorneys for Defendant
GOOGLE LLC

BURSOR & FISHER, P.A.
Neal J. Deckant (322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, PETER SAMISH, and CHRISTOPHER BARULICH, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:23-cv-05437-RFL<br><br>**STIPULATION EXTENDING TIME FOR GOOGLE LLC TO RESPOND TO PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER** |

Cooley LLP
Attorneys at Law
San Francisco, CA

Stip & [Prop.] Order Extending
Google's Time to Respond to CAC
Case No. 3:23-cv-05437-RFL

Pursuant to Civil Local Rule 6-2, and as supported by the Declaration of Kristine Forderer filed herewith, Plaintiffs Misael Ambriz, Jimmy Nimmo, Christopher Bissonnette, Ahmad Mehdipour, Eugene Erlikh, James Fox, Peter Samish, and Christopher Barulich ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, "Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend Google's deadline to answer Plaintiffs' Consolidated Amended Class Action Complaint ("CAC") by three weeks. The Parties declare in support of this request:

WHEREAS, on October 7, 2024, Plaintiffs filed the CAC;

WHEREAS, on November 12, 2024, Google moved to dismiss the CAC;

WHEREAS, on February 10, 2025, following the completion of briefing, the Court issued an order denying Google's motion to dismiss the CAC;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Google's answer is due within 14 days of the Court's order, *i.e.*, on February 24, 2025;

WHEREAS, the parties have met and conferred and have agreed, pursuant to the Court's approval, to extend Google's deadline to answer the CAC by three weeks, to March 17, 2025;

WHEREAS, the Court has scheduled a case management conference on March 5, 2025;

WHEREAS, the extension of Google's deadline to answer the CAC shall not affect the case management conference or any related deadlines.

NOW, THEREFORE, pursuant to Local Rule 6-2, the Parties, by and through their respective counsel, stipulate as follows:

1. Google's deadline to answer Plaintiffs' CAC is extended by three weeks from February 24, 2025, to March 17, 2025.

**IT IS SO STIPULATED AND AGREED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

STIP & [PROP.] ORDER EXTENDING
GOOGLE'S TIME TO RESPOND TO CAC
CASE NO. 3:23-CV-05437-RFL

Dated: February 18, 2025                    COOLEY LLP


By: /s/ Kristine Forderer
    Kristine Forderer

Attorneys for Defendant
GOOGLE LLC

Dated: February 18, 2025                    BURSOR & FISHER, P.A.


By: /s/ Neal J. Deckant
    Neal J. Deckant
    ATTORNEYS FOR PLAINTIFFS

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 18, 2025

By: /s/ Kristine Forderer
    Kristine Forderer

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3

STIP & [PROP.] ORDER EXTENDING
GOOGLE'S TIME TO RESPOND TO CAC
CASE NO. 3:23-CV-05437-RFL

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
HON. RITA F. LIN
United States District Judge

314599100

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

4

STIP & [PROP.] ORDER EXTENDING
GOOGLE'S TIME TO RESPOND TO CAC
CASE NO. 3:23-CV-05437-RFL