| | |
|---|---|
| COOLEY LLP<br>TRAVIS LEBLANC (251097)<br>(tleblanc@cooley.com)<br>KRISTINE A. FORDERER (278745)<br>(kforderer@cooley.com)<br>ANUPAM DHILLON (324746)<br>(adhillon@cooley.com)<br>THILINI L. CHANDRASEKERA (333672)<br>(tchandrasekera@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111<br>Telephone:     +1 415 693 2000<br>Facsimile:      +1 415 693 2222<br><br>TIANA DEMAS (*pro hac vice*)<br>(tdemas@cooley.com)<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL  60606<br>Telephone:     +1 312 881 6500<br>Facsimile:      +1 312 881 6598<br><br>Attorneys for Defendant<br>GOOGLE LLC | BURSOR & FISHER, P.A.<br>Neal J. Deckant (322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ndeckant@bursor.com<br><br>Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, PETER SAMISH, and CHRISTOPHER BARULICH, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:23-cv-05437-RFL<br><br>**STIPULATION EXTENDING TIME FOR GOOGLE LLC TO RESPOND TO PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND [~~PROPOSED~~] ORDER** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

1   Pursuant to Civil Local Rule 6-2, and as supported by the Declaration of Kristine Forderer filed herewith, Plaintiffs Misael Ambriz, Jimmy Nimmo, Christopher Bissonnette, Ahmad Mehdipour, Eugene Erlikh, James Fox, Peter Samish, and Christopher Barulich ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, "Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend Google's deadline to answer Plaintiffs' Consolidated Amended Class Action Complaint ("CAC") by three weeks. The Parties declare in support of this request:

WHEREAS, on October 7, 2024, Plaintiffs filed the CAC;

WHEREAS, on November 12, 2024, Google moved to dismiss the CAC;

WHEREAS, on February 10, 2025, following the completion of briefing, the Court issued an order denying Google's motion to dismiss the CAC;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Google's answer is due within 14 days of the Court's order, *i.e.*, on February 24, 2025;

WHEREAS, the parties have met and conferred and have agreed, pursuant to the Court's approval, to extend Google's deadline to answer the CAC by three weeks, to March 17, 2025;

WHEREAS, the Court has scheduled a case management conference on March 5, 2025;

WHEREAS, the extension of Google's deadline to answer the CAC shall not affect the case management conference or any related deadlines.

NOW, THEREFORE, pursuant to Local Rule 6-2, the Parties, by and through their respective counsel, stipulate as follows:

1. Google's deadline to answer Plaintiffs' CAC is extended by three weeks from February 24, 2025, to March 17, 2025.

**IT IS SO STIPULATED AND AGREED.**

Cooley LLP
Attorneys at Law
San Francisco, CA

2

Stip & [Prop.] Order Extending
Google's Time to Respond to CAC
Case No. 3:23-cv-05437-RFL

Dated: February 18, 2025                COOLEY LLP


                                        By: /s/ Kristine Forderer
                                            Kristine Forderer

                                        Attorneys for Defendant
                                        GOOGLE LLC


Dated: February 18, 2025                BURSOR & FISHER, P.A.


                                        By: /s/ Neal J. Deckant
                                            Neal J. Deckant
                                        ATTORNEYS FOR PLAINTIFFS


## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 18, 2025

                                        By: /s/ Kristine Forderer
                                            Kristine Forderer

3

STIP & [PROP.] ORDER EXTENDING
GOOGLE'S TIME TO RESPOND TO CAC
CASE NO. 3:23-CV-05437-RFL

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___February 19, 2025_____  _____
HON. RITA F. LIN
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

4

STIP & [~~PROP.~~] ORDER EXTENDING
GOOGLE'S TIME TO RESPOND TO CAC
CASE NO. 3:23-CV-05437-RFL