1  COOLEY LLP
   TRAVIS LEBLANC (251097)
2  (tleblanc@cooley.com)
   KRISTINE A. FORDERER (278745)
3  (kforderer@cooley.com)
   ANUPAM DHILLON (324746)
4  (adhillon@cooley.com)
   THILINI L. CHANDRASEKERA (333672)
5  (tchandrasekera@cooley.com)
   3 Embarcadero Center, 20th Floor
6  San Francisco, CA  94111
   Telephone:    +1 415 693 2000
7  Facsimile:    +1 415 693 2222

8  TIANA DEMAS (*pro hac vice*)
   (tdemas@cooley.com)
9  110 N. Wacker Drive, 42nd Floor
   Chicago, IL  60606
10 Telephone:    +1 312 881 6500
   Facsimile:    +1 312 881 6598

11
   Attorneys for Defendant
12 GOOGLE LLC

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 MISAEL AMBRIZ, JIMMY NIMMO,              Case No. 3:23-cv-05437-RFL
   CHRISTOPHER BISSONNETTE, AHMAD
18 MEHDIPOUR, EUGENE ERLIKH, JAMES          **GOOGLE LLC'S ANSWER TO**
   FOX, PETER SAMISH, and CHRISTOPHER       **CONSOLIDATED AMENDED CLASS**
19 BARULICH, individually and on behalf of all   **ACTION COMPLAINT**
   other persons similarly situated,
20
                         Plaintiffs,
21                                          Complaint Filed: October 23, 2023
           v.                              Amended Complaint Filed: October 7, 2024
22
   GOOGLE LLC,
23
                         Defendant.
24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

**GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL**

1   Google LLC ("Google") answers Plaintiffs' Consolidated Amended Class Action
2   Complaint (the "Complaint") as follows:

3   **RESPONSE TO PARAGRAPH NO. 1:**

4   Google admits that it has developed and provided a customer service platform that has been
5   called Google Cloud Contact Center AI ("CCAI").  Google otherwise denies the allegations in this
6   paragraph.

7   **RESPONSE TO PARAGRAPH NO. 2:**

8   Google admits that Verizon Communications, Inc. ("Verizon"), GoDaddy Group Inc.
9   ("GoDaddy"), and Home Depot U.S.A., Inc. ("Home Depot") are or have previously been
10  customers of Google.  Google denies the allegations as to Hulu, LLC ("Hulu").  Google lacks
11  sufficient information to admit or deny the remaining allegations of this paragraph, and on that
12  basis denies them.

13  **RESPONSE TO PARAGRAPH NO. 3:**

14  Google admits that Verizon, GoDaddy, and Home Depot are or have previously been
15  customers of Google.  Google denies the allegations as to Hulu.  Google lacks sufficient
16  information to admit or deny the remaining allegations of this paragraph, and on that basis denies
17  them.

18  **RESPONSE TO PARAGRAPH NO. 4:**

19  This paragraph contains Plaintiffs' characterizations and legal theory in this action, which
20  do not require a response.  To the extent a response is required, Google denies the allegations and
21  characterizations of this paragraph.

22  **RESPONSE TO PARAGRAPH NO. 5:**

23  This paragraph states a legal conclusion, which does not require a response.  To the extent
24  a response is required, Google denies the allegations and characterizations of this paragraph.

25  **RESPONSE TO PARAGRAPH NO. 6:**

26  This paragraph contains Plaintiffs' characterizations and legal theory in this action, which
27  do not require a response.  To the extent a response is required, Google denies the allegations and
28  characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

1    **RESPONSE TO PARAGRAPH NO. 7:**

2        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

3    on that basis denies them.

4    **RESPONSE TO PARAGRAPH NO. 8:**

5        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

6    on that basis denies them.

7    **RESPONSE TO PARAGRAPH NO. 9:**

8        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

9    on that basis denies them.

10    **RESPONSE TO PARAGRAPH NO. 10:**

11        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

12    on that basis denies them.

13    **RESPONSE TO PARAGRAPH NO. 11:**

14        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

15    on that basis denies them.

16    **RESPONSE TO PARAGRAPH NO. 12:**

17        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

18    on that basis denies them.

19    **RESPONSE TO PARAGRAPH NO. 13:**

20        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

21    on that basis denies them.

22    **RESPONSE TO PARAGRAPH NO. 14:**

23        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

24    on that basis denies them.

25    **RESPONSE TO PARAGRAPH NO. 15:**

26        Google admits that a company called Google LLC is a Delaware limited liability company

27    with a principal place of business located at 1600 Amphitheatre Parkway, Mountain View,

28    California, 94043. Google further admits that it offers certain services in California and in other

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

states.  Google further admits that it has developed and provided a customer service platform that has been called Google Cloud Contact Center AI.  Google otherwise denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 16:**

Google admits that Verizon, GoDaddy, and Home Depot are or have previously been customers of Google.  Google denies the allegations as to Hulu.  This paragraph otherwise states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 17:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 18:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 19:**

This paragraph states legal conclusions to which no response is required.

**RESPONSE TO PARAGRAPH NO. 20:**

To the extent the paragraph purports to quote from a statute, Google refers to the statute itself for its full content.  This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 21:**

To the extent the paragraph purports to quote from a California state court decision, Google refers to the decision itself for its full content.  This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 22:**

To the extent the paragraph purports to quote from a statute, Google refers to the statute itself for its full content.  This paragraph otherwise contains Plaintiffs' characterizations and legal

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

4

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 23:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 24:**

To the extent the paragraph purports to quote from a statute, Google refers to the statute itself for its full content.  This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 25:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations in this paragraph.

**RESPONSE TO PARAGRAPH NO. 26:**

To the extent this paragraph purports to quote from the website address shown in the footnote, Google denies that the quoted language is available at that address.

**RESPONSE TO PARAGRAPH NO. 27:**

Google admits that CCAI offers a "virtual agent" as a first point of contact.  This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 28:**

Google admits that businesses may choose to allow the customer to request to speak with a live agent through CCAI, and may choose to deploy CCAI to support the human customer agent with real-time suggestions (including support articles) and a transcript of the prior conversation with the virtual agent.  To the extent this paragraph purports to paraphrase and characterize the contents of a video, Google refers to the video itself for its full content.  This paragraph otherwise contains Plaintiffs' characterizations in this action, which do not require a response.  To the extent

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

5

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 29:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 30:**

Google admits that some businesses may choose to deploy CCAI's "agent assist" feature to support the human customer agent with real-time suggestions (including support articles). To the extent this paragraph purports to quote in part the contents of a video, Google refers to the video itself for its full content. This paragraph otherwise contains Plaintiffs' characterizations in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 31:**

Google admits that businesses may choose to deploy CCAI's "agent assist" to support the human customer agent with real-time suggestions (including support articles) and a transcript of the prior conversation with the virtual agent. To the extent this paragraph purports to quote in part the contents of a document, which speaks for itself, Google refers to the document itself for its full content. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 32:**

Google admits that businesses may choose to deploy CCAI's "agent assist" to support the human customer agent with real-time suggestions (including support articles) and a transcript of the prior conversation with the virtual agent. To the extent this paragraph purports to quote in part the contents of a video, which speaks for itself, Google refers to the video itself for its full content. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

1  which do not require a response.  To the extent a response is required, Google denies the remaining

2  allegations and characterizations of this paragraph.

3  **RESPONSE TO PARAGRAPH NO. 33:**

4      Google admits that businesses may choose to deploy CCAI's "agent assist" to support the

5  human customer agent with real-time suggestions (including support articles) and a transcript of

6  the prior conversation with the virtual agent.  To the extent this paragraph purports to quote in part

7  the contents of a video, which speaks for itself, Google refers to the video itself for its full content.

8  This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action,

9  which do not require a response.  To the extent a response is required, Google denies the remaining

10  allegations and characterizations of this paragraph.

11  **RESPONSE TO PARAGRAPH NO. 34:**

12      Google admits that Verizon, GoDaddy, and Home Depot are or have previously been

13  customers of Google.  Google denies the allegations as to Hulu.  This paragraph otherwise contains

14  Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the

15  extent a response is required, Google lacks sufficient information to admit or deny the remaining

16  allegations of this paragraph, and on that basis denies them.

17  **RESPONSE TO PARAGRAPH NO. 35:**

18      This paragraph purports to quote in part the contents of a document, which speaks for itself.

19  Google refers to the document itself for its full content.  This paragraph otherwise contains

20  Plaintiffs' characterizations, which do not require a response.  To the extent a response is required,

21  Google denies the remaining allegations and characterizations of this paragraph.

22  **RESPONSE TO PARAGRAPH NO. 36:**

23      This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

24  do not require a response.  To the extent a response is required, Google denies the allegations and

25  characterizations of this paragraph.

26  **RESPONSE TO PARAGRAPH NO. 37:**

27      This paragraph purports to quote in part the contents of a document, which speaks for itself.

28  Google refers to the document itself for its full content.   This paragraph otherwise contains

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

7

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 38:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 39:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 40:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 41:**

This paragraph contains only a legal conclusion, which does not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 42:**

Google lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 43:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 44:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them.  This paragraph otherwise contains Plaintiffs'

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 45:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them.  This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 46:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 47:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 48:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 49:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 50:**

Google lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

9

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 51:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 52:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 53:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 54:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 55:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 56:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

10

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 57:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 58:**

Google lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 59:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 60:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 61:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 62:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

11

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 63:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 64:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 65:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 66:**

Google lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 67:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 68:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 69:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs'

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 70:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 71:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 72:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 73:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 74:**

Google lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 75:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

13

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 76:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 77:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 78:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 79:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 80:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 81:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

14

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 82:**

Google lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 83:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 84:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 85:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 86:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 87:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

15

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 88:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 89:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 90:**

Google lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

**RESPONSE TO PARAGRAPH NO. 91:**

This paragraph contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 92:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 93:**

Google lacks sufficient information to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them. This paragraph otherwise contains Plaintiffs' characterizations and legal theory in this action, which do not require a response. To the extent a response is required, Google denies the remaining allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

16

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

1    **RESPONSE TO PARAGRAPH NO. 94:**

2         This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

3    do not require a response.  To the extent a response is required, Google denies the allegations and

4    characterizations of this paragraph.

5    **RESPONSE TO PARAGRAPH NO. 95:**

6         This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

7    do not require a response.  To the extent a response is required, Google denies the allegations and

8    characterizations of this paragraph.

9    **RESPONSE TO PARAGRAPH NO. 96:**

10        This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

11   do not require a response.  To the extent a response is required, Google denies the allegations and

12   characterizations of this paragraph.

13   **RESPONSE TO PARAGRAPH NO. 97:**

14        This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

15   do not require a response.  To the extent a response is required, Google denies the allegations and

16   characterizations of this paragraph.

17   **RESPONSE TO PARAGRAPH NO. 98:**

18        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

19   on that basis denies them.

20   **RESPONSE TO PARAGRAPH NO. 99:**

21        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

22   on that basis denies them.

23   **RESPONSE TO PARAGRAPH NO. 100:**

24        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

25   on that basis denies them.

26   **RESPONSE TO PARAGRAPH NO. 101:**

27        Google lacks sufficient information to admit or deny the allegations of this paragraph, and

28   on that basis denies them.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

17

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

1  **RESPONSE TO PARAGRAPH NO. 102:**

2          Google lacks sufficient information to admit or deny the allegations of this paragraph, and

3  on that basis denies them.

4  **RESPONSE TO PARAGRAPH NO. 103:**

5          Google lacks sufficient information to admit or deny the allegations of the first sentence of

6  this paragraph, and on that basis denies them.  This paragraph otherwise contains Plaintiffs'

7  characterizations and legal theory in this action, which do not require a response.  To the extent a

8  response is required, Google denies the remaining allegations and characterizations of this

9  paragraph.

10  **RESPONSE TO PARAGRAPH NO. 104:**

11          Google lacks sufficient information to admit or deny the allegations of the first sentence of

12  this paragraph, and on that basis denies them.  This paragraph otherwise contains Plaintiffs'

13  characterizations and legal theory in this action, which do not require a response.  To the extent a

14  response is required, Google denies the remaining allegations and characterizations of this

15  paragraph.

16  **RESPONSE TO PARAGRAPH NO. 105:**

17          This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

18  do not require a response.  To the extent a response is required, Google denies the allegations and

19  characterizations of this paragraph.

20  **RESPONSE TO PARAGRAPH NO. 106:**

21          This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

22  do not require a response.  To the extent a response is required, Google denies the allegations and

23  characterizations of this paragraph.

24  **RESPONSE TO PARAGRAPH NO. 107:**

25          This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

26  do not require a response.  To the extent a response is required, Google denies the allegations and

27  characterizations of this paragraph.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

18

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

1    **RESPONSE TO PARAGRAPH NO. 108:**

2          This paragraph contains Plaintiffs' characterizations and legal theory in this action, which

3    do not require a response.  To the extent a response is required, Google denies the allegations and

4    characterizations of this paragraph.

5    **RESPONSE TO PARAGRAPH NO. 109:**

6          This paragraph states legal conclusions regarding class certification to which no response

7    is required.  To the extent a response is required, Google denies those allegations and generally

8    denies that a class can be certified in this case.

9    **RESPONSE TO PARAGRAPH NO. 110:**

10         This paragraph states legal conclusions regarding class certification to which no response

11   is required.  To the extent a response is required, Google denies those allegations and generally

12   denies that a class can be certified in this case.

13   **RESPONSE TO PARAGRAPH NO. 111:**

14         This paragraph states legal conclusions regarding class certification to which no response

15   is required.  To the extent a response is required, Google denies those allegations and generally

16   denies that a class can be certified in this case.

17   **RESPONSE TO PARAGRAPH NO. 112:**

18         This paragraph states legal conclusions regarding class certification to which no response

19   is required.  To the extent a response is required, Google denies those allegations and generally

20   denies that a class can be certified in this case.

21   **RESPONSE TO PARAGRAPH NO. 113:**

22         This paragraph states legal conclusions regarding class certification to which no response

23   is required.  To the extent a response is required, Google denies those allegations and generally

24   denies that a class can be certified in this case.

25   **RESPONSE TO PARAGRAPH NO. 114:**

26         This paragraph states legal conclusions regarding class certification to which no response

27   is required.  To the extent a response is required, Google denies those allegations and generally

28   denies that a class can be certified in this case.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

19

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 115:**

This paragraph states legal conclusions regarding class certification to which no response is required.  To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 116:**

This paragraph states legal conclusions regarding class certification to which no response is required.  To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 117:**

This paragraph states legal conclusions regarding class certification to which no response is required.  To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 118:**

This paragraph states legal conclusions regarding class certification to which no response is required.  To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 119:**

This paragraph states legal conclusions regarding class certification to which no response is required.  To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 120:**

This paragraph contains characterizations of Plaintiffs' allegations to which no response is required.

**RESPONSE TO PARAGRAPH NO. 121:**

This paragraph contains characterizations of Plaintiffs' allegations and legal conclusions regarding class certification to which no response is required.  To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

Cooley LLP
Attorneys at Law
San Francisco, CA

20

Google's Answer to Plaintiffs' Consolidated
Amended Class Action Complaint
Case No. 3:23-cv-05437-RFL

**RESPONSE TO PARAGRAPH NO. 122:**

This paragraph purports to quote in part the contents of a California state court decision, which speaks for itself. Google refers to the decision itself for its full content. Google denies any remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 123:**

To the extent this paragraph purports to quote from a statute, Google refers to the statute itself for its full content. This paragraph otherwise states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 124:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 125:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 126:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 127:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 128:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 129:**

This paragraph states legal conclusions to which no response is required. To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

21

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 130:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 131:**

This paragraph contains characterizations of Plaintiffs' allegations to which no response is required.

**RESPONSE TO PARAGRAPH NO. 132:**

This paragraph contains characterizations of Plaintiffs' allegations and legal conclusions regarding class certification to which no response is required.  To the extent a response is required, Google denies those allegations and generally denies that a class can be certified in this case.

**RESPONSE TO PARAGRAPH NO. 133:**

This paragraph purports to quote in part the contents of a statute, which speaks for itself. Google refers to the statute itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 134:**

This paragraph purports to quote in part the contents of a statute, which speaks for itself. Google refers to the statute itself for its full content. Google denies the remaining allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 135:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 136:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 137:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

22

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**RESPONSE TO PARAGRAPH NO. 138:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 139:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 140:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**RESPONSE TO PARAGRAPH NO. 141:**

This paragraph states legal conclusions to which no response is required.  To the extent a response is required, Google denies the allegations and characterizations of this paragraph.

**PRAYER FOR RELIEF**

Google denies that Plaintiffs or the proposed classes are entitled to any relief in this action.

**JURY TRIAL**

Google admits that Plaintiffs purport to demand a trial by jury of all issues so triable.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense: Consent**

The Complaint, and each claim stated therein, is barred, in whole or in part, because Plaintiffs consented to Google's receipt and use of the information at issue.  When users call the customer service number of a company using CCAI, they are informed that their calls may be recorded or similar.  By remaining on the line, Plaintiffs have consented to all of Google's alleged practices and their claims are barred.

**Second Affirmative Defense: Failure to Mitigate Damages**

The Complaint, and each claim stated therein, is barred, in whole or in part, because Plaintiffs failed to mitigate any damages they claim they suffered, and they are therefore barred from recovering mitigatable damages.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

23

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

**Third Affirmative Defense: Necessary Incident to Rendition of Services**

The Complaint, and each claim therein, is barred, in whole or in part, because at all relevant times, Google's actions were a necessary incident to the rendition of services.

**Fourth Affirmative Defense: Statute of Limitations/Laches**

The Complaint, and each claim stated therein, is barred, in whole or in part, because the applicable statute of limitations has elapsed and/or the equitable doctrine of laches applies to the extent Plaintiffs became aware of the conduct alleged in their complaint and did not act upon that awareness or exercise sufficient diligence within the required time period.

**Fifth Affirmative Defense: Unjust Enrichment**

The Complaint, and each claim stated therein, is barred in whole or in part because any recovery by Plaintiffs would constitute unjust enrichment of Plaintiffs.  In particular, the claims in the Complaint are barred, in whole or in part, to the extent that Plaintiffs have used and/or benefited from any of Google's services that are enabled by the practices that Plaintiffs challenge.

**Sixth Affirmative Defense: Unconstitutional Damages**

Plaintiffs and the putative class members seek improper damages in violation of the United States Constitution and other applicable law.  Any award of statutory or punitive damages would constitute an unconstitutional penalty under the circumstances of this case, and would violate due process and equal protection guarantees, and other substantive and procedural safeguards afforded by the First, Fifth, and Fourteenth Amendments to the United States Constitution, and comparable state constitutional provisions.

**Seventh Affirmative Defense: No Private Information**

Plaintiffs' claims are barred and they lack injury, harm, and standing because the information that they shared with live customer service agents is not private information.

\\

\\

\\

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

24

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL

1     Dated: March 17, 2025                    COOLEY LLP

2

3                                             By:  /s/ Kristine A. Forderer
                                                  Kristine A. Forderer
4
                                              Travis LeBlanc (251097)
5                                             (tleblanc@cooley.com)
                                              Kristine A. Forderer (278745)
6                                             (kforderer@cooley.com)
                                              Anupam Dhillon (324746)
7                                             (adhillon@cooley.com)
                                              Thilini L. Chandrasekera (333672)
8                                             (tchandrasekera@cooley.com)
                                              3 Embarcadero Center, 20th Floor
9                                             San Francisco, CA  94111
                                              Telephone:   +1 415 693 2000
10                                            Facsimile:    +1 415 693 2222

11                                            Tiana Demas (*pro hac vice*)
                                              (tdemas@cooley.com)
12                                            110 N. Wacker Drive, 42nd Floor
                                              Chicago, IL  60606
13                                            Telephone:   +1 312 881 6500
                                              Facsimile:    +1 312 881 6598
14
                                              *Attorneys for Defendant*
15                                            GOOGLE LLC

16

17

18

19

20

21

22

23

24

25

26

27

28     315779007

Cooley LLP
Attorneys at Law
San Francisco, CA

25

GOOGLE'S ANSWER TO PLAINTIFFS' CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:23-CV-05437-RFL