UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL AMBRIZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>    Defendant. | Case No. 3:23-cv-05437-RFL   (KAW)<br><br>**ORDER TERMINATING 11/18/25 JOINT DISCOVERY LETTER**<br><br>[Discovery Letter #1]<br><br>Re: Dkt. No. 85 |

On November 19, 2025, the district court referred the pending discovery letter to the undersigned. The discovery letter, however, addresses multiple discovery devices, and it does not comply with the joint discovery letter procedures outlined in the Court's standing order, rendering the Court unable to resolve the disputes as presented. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.)

Accordingly, the discovery letter (Dkt. No. 85) is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending disputes without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter (or letters) outlining any remaining disputes consistent with the Court's Standing Order.

IT IS SO ORDERED.

Dated: November 21, 2025

                                                                                                           _____<br>
KANDIS A. WESTMORE<br>
United States Magistrate Judge