KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, PETER SAMISH, and CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:23-cv-5437-RFL<br><br>**STIPULATION AND ORDER CONSOLIDATING CASES AND VACATING CASE MANAGEMENT CONFERENCE** |
| INDIA PRICE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:25-cv-10015-RFL |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND VACATING CASE
MANAGEMENT CONFERENCE
Case No. 3:23-cv-5437-RFL

4113812

CHELSEA MARQUEZ, individually and on behalf of all others similarly situated,

      Plaintiffs,

    v.

GOOGLE LLC,

      Defendant.

Case No. 3:25-cv-10765-RFL

NICOLE ARROYO, individually and on behalf of all others similarly situated,

      Plaintiffs,

    v.

GOOGLE LLC,

      Defendant.

Case No. 3:25-cv-10706-RFL

1

STIPULATION AND ORDER CONSOLIDATING CASES AND VACATING CASE MANAGEMENT CONFERENCE
Case No. 3:23-cv-5437-RFL

4113812

Pursuant to Federal Rule of Civil Procedure 42(a), and in response to the Court's February 5, 2026, Order, Plaintiffs Fox, Samish, Barulich, Price, Marquez, and Arroyo ("Plaintiffs") and Defendant Google LLC ("Google"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on October 23, 2023, Plaintiff Ambriz and others filed a Complaint against Google LLC in *Ambriz v. Google LLC*, No. 3:23-cv-5437-RFL (N.D. Cal.);

WHEREAS, on September 30, 2024, this Court granted a motion to consolidate *Ambriz v. Google LLC*, No. 3:23-cv-5437-RFL (N.D. Cal.) with *Barulich v. Google LLC*, No. 24-cv-06225-AMO (N.D. Cal.) (collectively, "*Ambriz*");

WHEREAS, on October 7, 2024, Plaintiffs filed a first Consolidated Amended Class Action Complaint in *Ambriz*;

WHEREAS, on November 20, 2025, Plaintiff Price filed a Complaint against Google in *Price v. Google LLC*, Case No. 3:25-cv-10015-RFL (N.D. Cal.) ("*Price*");

WHEREAS, on December 16, 2025, Plaintiff Arroyo filed a Complaint against Google in *Arroyo v. Google LLC*, Case No. 3:35-cv-10706-RFL (N.D. Cal.) ("*Arroyo*");

WHEREAS, on December 17, 2025, Plaintiff Marquez filed a Complaint against Google in *Marquez v. Google LLC*, Case No. 3:35-cv-10765-RFL (N.D. Cal.) ("*Marquez*");

WHEREAS, on December 17, 2025, this Court issued an order relating *Price* to *Ambriz*;

WHEREAS, on February 4, 2026, this Court issued an order also relating *Marquez* and *Arroyo* to *Ambriz*;

WHEREAS, following relation of *Marquez* and *Arroyo*, on February 5, 2026, this Court issued an order setting a Case Management Conference and instructed the parties to address (1) whether the related cases should be consolidated, and (2) whether they should be set on the same timeline as the *Ambriz* case;

WHEREAS, the *Ambriz*, *Price*, and *Marquez* actions bring claims against Google under the California Invasion of Privacy Act ("CIPA") for alleged privacy violations related to the operation of the Google Cloud Contact Center AI ("CCAI") customer service product;

WHEREAS, the *Arroyo* action brings a claim against Google under the Arizona

2

Telephone, Utility, and Communication Service Records Act ("TUCSRA") for alleged privacy violations related to the operation of the Google CCAI customer service product;

WHEREAS, Plaintiffs and Google agree that consolidation of the *Ambriz*, *Price*, and *Marquez* actions will advance the just and efficient progress of this litigation, reduce case duplication, conserve Court and party time and resources, avoid the need to contact parties and witnesses for multiple proceedings, and minimize the expenditure of time and money for all parties involved, *see* Fed. R. Civ. P. 42(a);

WHEREAS, Plaintiffs and Google agree that Plaintiffs will file a Second Amended Consolidated Class Action Complaint for *Ambriz*, *Price*, and *Marquez*;

WHEREAS, Plaintiffs and Google agree to set a deadline for Google to respond to the Second Amended Consolidated Class Action Complaint;

WHEREAS, Google intends to file responsive motions in response to the Second Amended Consolidated Class Action Complaint and in response to the *Arroyo* Complaint, which if granted, would be dispositive of each case;

WHEREAS, Plaintiffs and Google agree that judicial efficiency, as well as the time and resources of the Parties, counsel in favor of resolving pleading disputes over the Second Amended Consolidated Class Action Complaint prior to setting a full case schedule for the consolidated action;

WHEREAS, Plaintiffs and Google agree that judicial efficiency, as well as the time and resources of the Parties, counsel in favor of resolving pleading disputes over the *Arroyo* Complaint prior to holding a case management conference and setting a full case schedule for that action;

WHEREAS, Plaintiffs and Google reserve the right to consider and raise whether consolidation and/or case coordination, including for purposes of discovery, would be appropriate in the future in the *Arroyo* action;

WHEREAS, Plaintiffs and Google agree that all pending schedules, hearings, deadlines, or dates in the separate *Ambriz, Price*, and *Marquez* actions should be vacated in light of consolidation, to be reset if needed following resolution of Google's anticipated motion to

dismiss the Second Amended Consolidated Class Action Complaint;

WHEREAS, Plaintiffs and Google agree that the case management conference and all related deadlines (including the deadlines to conduct the Rule 26(f) conference, file the ADR certification, serve initial disclosures, and file a joint case management conference statement) in *Arroyo* should be vacated and reset if needed following resolution of Google's anticipated motion to dismiss the *Arroyo* Complaint;

WHEREAS, by stipulating to consolidation of the *Ambriz, Price*, and *Marquez* actions, Google does not concede the plausibility or truth of any of Plaintiffs' allegations or that certification of the putative classes is proper under Federal Rules of Civil Procedure 12 or 23 and specifically reserves its right to move to dismiss and/or oppose class certification on all available grounds;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Google, through their undersigned counsel, and subject to the Court's approval:

1.	The *Ambriz, Price*, and *Marquez* actions shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a) into the "Consolidated Action."  An original copy of this Order shall be filed by the Clerk in each of the consolidated cases.

2.	All papers to be filed in the Consolidated Action shall be filed on the *Ambriz* docket.  The case file for the Consolidated Action will be maintained under the *Ambriz* case number, 3:23-cv-05437-RFL.

3.	The *Price* and *Marquez* actions shall be closed in accordance with the regular procedures of the Clerk of this court.  All papers previously filed and served to date in *Price* and *Marquez* are part of the record in the Consolidated Action.

4.	Each attorney who has already made an appearance or been admitted *pro hac vice* in *Price* or *Marquez* shall be deemed to have appeared in the Consolidated Action.  Counsel who have not yet entered an appearance shall file a Notice of Appearance or motion to appear *pro hac vice* on the docket in the Consolidated Action.

5.	All pending schedules, hearings, and deadlines in the *Ambriz, Price*, and *Marquez* actions shall be vacated.  The case management conference in the Consolidated Action shall be

4

reset following a ruling on Google's anticipated motion to dismiss the Second Amended Consolidated Class Action Complaint.  All deadlines related to the case management conference, including the deadlines to conduct the Rule 26(f) conference, file the ADR certification, serve initial disclosures, and file a joint case management conference statement, will be reset upon rescheduling the case management conference, in accordance with the Civil Local Rules and the Federal Rules of Civil Procedure.

6.    The case management conference scheduled for March 11, 2026, in *Arroyo* shall be vacated and reset following a ruling on Google's forthcoming responsive motions. All deadlines related to the case management conference, including the deadlines to conduct the Rule 26(f) conference, file the ADR certification, serve initial disclosures, and file a joint case management conference statement, shall be reset upon rescheduling the case management conference, in accordance with the Civil Local Rules and the Federal Rules of Civil Procedure.

7.    Plaintiffs shall file a Second Amended Consolidated Class Action Complaint no later than 30 days after the date the Court orders consolidation.

8.    Google shall file its response to the Second Amended Consolidated Class Action Complaint no later than 45 days after the filing of the Second Amended Consolidated Class Action Complaint.

**IT IS SO STIPULATED.**

Dated:  February 17, 2026                                            KEKER, VAN NEST & PETERS LLP


By:    /s/ *Benjamin Berkowitz*
       BENJAMIN BERKOWITZ
       MATAN SHACHAM
       CHRISTINA LEE
       IAN KANIG

       Attorneys for Defendant GOOGLE LLC

STIPULATION AND ORDER CONSOLIDATING CASES AND VACATING CASE MANAGEMENT CONFERENCE
Case No. 3:23-cv-5437-RFL

4113812

Dated:  February 17, 2026                          BURSOR & FISHER, P.A.


                                    By:    /s/ *Neal J. Deckant*
                                            NEAL J. DECKANT

                                            Attorney for Plaintiffs


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:   February 17   , 2026          _____
                                            Hon. Rita F. Lin
                                            United States District Judge

6

STIPULATION AND ORDER CONSOLIDATING CASES AND VACATING CASE MANAGEMENT
CONFERENCE
Case No. 3:23-cv-5437-RFL

4113812

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation.  Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

KEKER, VAN NEST & PETERS LLP

Dated:  February 17, 2026                    */s/ Benjamin Berkowitz*
                                             Benjamin Berkowitz

7

4113812