KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES FOX, PETER SAMISH, CHRISTOPHER BARULICH, INDIA PRICE, and CHELSEA MARQUEZ individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE, LLC,<br><br>    Defendant. | Case No. 3:23-cv-5437-RFL<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER CONSOLIDATING CASES AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Rita F. Lin<br>Date Filed: October 23, 2023 |
| PAOLO ROMEO SAMACO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE, LLC,<br><br>    Defendant. | Case No. 5:26-cv-02327-EKL |

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs Fox, Samish, Barulich, Price, Marquez, and Samaco ("Plaintiffs") and Defendant Google LLC ("Google"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on October 23, 2023, Plaintiff Ambriz and others filed a Complaint against Google LLC in *Ambriz v. Google LLC*, No. 3:23-cv-5437-RFL (N.D. Cal.) ("*Ambriz*");

WHEREAS, on September 30, 2024, this Court granted a motion to consolidate *Ambriz* with *Barulich v. Google LLC*, No. 24-cv-06225-AMO (N.D. Cal.) (collectively, "*Ambriz Consolidated I*");

WHEREAS, on October 7, 2024, Plaintiff Ambriz and others filed a First Consolidated Amended Class Action Complaint in *Ambriz Consolidated I*;

WHEREAS, on November 20, 2025, Plaintiff Price filed a Complaint against Google in *Price v. Google LLC*, Case No. 3:25-cv-10015-RFL (N.D. Cal.) ("*Price*");

WHEREAS, on December 17, 2025, Plaintiff Marquez filed a Complaint against Google in *Marquez v. Google LLC*, Case No. 3:35-cv-10765-RFL (N.D. Cal.) ("*Marquez*");

WHEREAS, on December 17, 2025, this Court issued an order relating *Price* and to *Ambriz Consolidated I*;

WHEREAS, on February 4, 2026, this Court issued an order also relating *Marquez* to *Ambriz Consolidated I*;

WHEREAS, on February 17, 2026, this Court issued an order consolidating *Price* and *Marquez* into *Ambriz Consolidated I* (collectively, "*Ambriz Consolidated II*");

WHEREAS, on March 19, 2026, Plaintiffs Fox, Samish, Barulich, Price, and Marquez filed a Second Amended Consolidated Class Action Complaint in *Ambriz Consolidated II*;

WHEREAS, on March 17, 2026, Plaintiff Samaco filed a Complaint against Google in *Samaco v. Google LLC*, Case No. 5:26-cv-02327-EKL (N.D. Cal.) ("*Samaco*");

WHEREAS, the *Ambriz Consolidated II* and *Samaco* actions bring claims against Google under the California Invasion of Privacy Act ("CIPA") for alleged privacy violations related to the operation of the Google Cloud Contact Center AI ("CCAI") customer service product;

WHEREAS, Plaintiffs and Google agree that consolidation of the *Ambriz Consolidated II*

1

and *Samaco* actions will advance the just and efficient progress of this litigation, reduce case duplication, conserve Court and party time and resources, avoid the need to contact parties and witnesses for multiple proceedings, and minimize the expenditure of time and money for all parties involved, *see* Fed. R. Civ. P. 42(a);

WHEREAS, Plaintiffs and Google agree that Plaintiffs will file a Third Amended Consolidated Class Action Complaint for *Ambriz Consolidated II* and *Samaco*;

WHEREAS, Plaintiffs and Google agree to set a deadline for Google to respond to the Third Amended Consolidated Class Action Complaint;

WHEREAS, Google intends to file responsive motions in response to the Third Amended Consolidated Class Action Complaint, which if granted, would be dispositive of each case;

WHEREAS, Plaintiffs and Google agree that judicial efficiency, as well as the time and resources of the Parties, counsel in favor of resolving pleading disputes over the Third Amended Consolidated Class Action Complaint prior to setting a full case schedule for the consolidated action;

WHEREAS, Plaintiffs and Google agree that all pending schedules, hearings, deadlines, or dates in the separate *Ambriz Consolidated II* and *Samaco* actions should be vacated in light of consolidation, to be reset if needed following resolution of Google's anticipated motion to dismiss the Third Amended Consolidated Class Action Complaint;

WHEREAS, by stipulating to consolidation of the *Ambriz Consolidated II* and *Samaco* actions, Google does not concede the plausibility or truth of any of Plaintiffs' allegations or that certification of the putative classes is proper under Federal Rules of Civil Procedure 12 or 23 and specifically reserves its right to move to dismiss and/or oppose class certification on all available grounds;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Google, through their undersigned counsel, and subject to the Court's approval:

1.      The *Ambriz Consolidated II* and *Samaco* actions shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a) into the "Third Consolidated Action."  An original copy of this Order shall be filed by the Clerk in each of the consolidated cases.

6103966

2.      All papers to be filed in the Third Consolidated Action shall be filed on the *Ambriz* docket. The case file for the Third Consolidated Action will be maintained under the *Ambriz* case number, 3:23-cv-05437-RFL.

3.      The *Samaco* action shall be closed in accordance with the regular procedures of the Clerk of this court. All papers previously filed and served to date in *Samaco* are part of the record in the Third Consolidated Action.

4.      Each attorney who has already made an appearance or been admitted *pro hac vice* in *Samaco* shall be deemed to have appeared in the Consolidated Action. Counsel who have not yet entered an appearance shall file a Notice of Appearance or motion to appear *pro hac vice* on the docket in the Consolidated Action.

5.      All pending schedules, hearings, and deadlines in the *Ambriz Consolidated II* and *Samaco* actions shall be vacated. The case management conference in the Third Consolidated Action shall be reset following a ruling on Google's anticipated motion to dismiss the Third Amended Consolidated Class Action Complaint. All deadlines related to the case management conference, including the deadlines to conduct the Rule 26(f) conference, file the ADR certification, serve initial disclosures, and file a joint case management conference statement, will be reset upon rescheduling the case management conference, in accordance with the Civil Local Rules and the Federal Rules of Civil Procedure.

6.      Plaintiffs shall file a Third Amended Consolidated Class Action Complaint no later than 14 days after the date the Court orders consolidation.

7.      Google shall file its response to the Third Amended Consolidated Class Action Complaint no later than 30 days after the filing of the Third Amended Consolidated Class Action Complaint.

6103966

**IT IS SO STIPULATED.**

Dated:  April 7, 2026

KEKER, VAN NEST & PETERS LLP

By:   */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
MATAN SHACHAM
CHRISTINA LEE
IAN KANIG

Attorneys for Defendant GOOGLE LLC

Dated:  April 7, 2026

BURSOR & FISHER, P.A.

By:   */s/ Neal J. Deckant*
NEAL J. DECKANT

Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 7, 2026

Hon. Rita F. Lin
United States District Judge

4

STIPULATION AND ORDER CONSOLIDATING CASES
AND VACATING CASE MANAGEMENT CONFERENCE
Case No. 3:23-cv-5437-RFL

6103966

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation.  Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated:  April 7, 2026

/s/ Benjamin Berkowitz
Benjamin Berkowitz

STIPULATION AND ORDER CONSOLIDATING CASES
AND VACATING CASE MANAGEMENT CONFERENCE
Case No. 3:23-cv-5437-RFL

6103966