KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Cloud Contact Center AI Privacy Litigation* | Lead Case No. 3:23-cv-5437-RFL<br>Consolidated Case No. 3:24-cv-06225-RFL<br>Consolidated Case No. 3:25-cv-10015-RFL<br>Consolidated Case No. 3:25-cv-10765-RFL<br>Consolidated Case No. 5:26-cv-02327-RFL<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR GOOGLE LLC'S RESPONSE TO PLAINTIFFS' THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**Pursuant to Civ. L.R. 6–1(b) & 6–2(a).**<br><br>Judge:        Hon. Rita F. Lin<br>Date Filed:   October 23, 2023<br><br>Trial Date:  Not Yet Set |

JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR GOOGLE'S RESPONSE TO PLAINTIFFS' THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 3:23-cv-5437-RFL

6186719

## <u>JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR RESPONSE</u>

Pursuant to Civil Local Rules 6–1(b) and 6–2(a), Plaintiffs Fox, Samish, Barulich, Price, Marquez, and Samaco ("Plaintiffs") and Google LLC (together, the "Parties"), respectfully submit this Joint Stipulation Regarding Briefing Schedule for Google's Response to Plaintiffs' Third Amended Consolidated Class Action Complaint, as well as a supporting declaration.

WHEREAS, Plaintiffs filed their Third Amended Consolidated Class Action Complaint in this action on April 21, 2026 (Dkt. No. 112), and, as a result, Google's deadline to respond to the Third Amended Consolidated Class Action Complaint is now May 21, 2026 (*see* Dkt. No. 111);

WHEREAS, the Parties have met and conferred in good faith and have agreed, in view of a variety of competing deadlines and overlapping briefing schedules that have arisen for Google's counsel in other matters, as set out in the Kanig Declaration, to propose a thirty-day extension of time for Google to respond to Plaintiffs' Third Amended Consolidated Class Action Complaint;

WHEREAS, additionally, the Commentary to Civil Local Rule 7–2 provides that, "[f]or complex motions, parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer periods for response or reply";

WHEREAS, the Parties have met and conferred in good faith and have also agreed there is good cause to modify the default briefing schedule set by Civil Local Rule 7–3 to allow the Parties additional time to brief any responsive motions that Google files in this complex action;

WHEREAS, with the exception of the requested extension of Google's time to respond, the proposed briefing schedule will not affect the current schedule for the case;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Google, through their undersigned counsel, and subject to the Court's approval:

1. Google's deadline to respond to Plaintiffs' Third Amended Consolidated Class Action Complaint shall be extended by 30 days until June 22, 2026;

2. Plaintiffs' deadline to oppose Google's response shall be on August 6, 2026;

3. Google's deadline to reply in support shall be on September 3, 2026.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' THIRD
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 3:23-cv-5437-RFL

6186719

Dated:  April 27, 2026                                    KEKER, VAN NEST & PETERS LLP

                                                          By:    */s/ Ian Kanig*
                                                                 BENJAMIN BERKOWITZ
                                                                 MATAN SHACHAM
                                                                 CHRISTINA LEE
                                                                 IAN KANIG

                                                          Attorneys for GOOGLE LLC


Dated:  April 27, 2026                                    BURSOR & FISHER, P.A.


                                                          By:    */s/ Neal Deckant*
                                                                 NEAL J. DECKANT

                                                          Attorneys for Plaintiffs JAMES FOX,
                                                          PETER SAMISH, CHRISTOPHER
                                                          BARULICH, INDIA PRICE, CHELSEA
                                                          MARQUEZ, and PAOLO ROMÉO
                                                          SAMACO


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  _____April 28, 2026_____

                                                          HONORABLE RITA F. LIN
                                                          UNITED DISTRICT COURT JUDGE

2

JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' THIRD
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 3:23-cv-5437-RFL

6186719

## SIGNATURE ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Stipulation.  Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.


Dated:  April 27, 2026

KEKER, VAN NEST & PETERS LLP


*/s/ Ian Kanig*
IAN KANIG
Counsel for GOOGLE LLC

JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 3:23-cv-5437-RFL

6186719