UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*In re Google Cloud Contact Center AI Privacy Litigation*

Lead Case No. 3:23-cv-5437-RFL
Consolidated Case No. 3:24-cv-06225-RFL
Consolidated Case No. 3:25-cv-10015-RFL
Consolidated Case No. 3:25-cv-10765-RFL
Consolidated Case No. 5:26-cv-02327-RFL

**DECLARATION OF LISA SCHWENK**

Judge: Hon. Rita F. Lin

I, Lisa Schwenk, hereby declare as follows:

1. I am Senior Manager for Process Management at Capital One Financial Corporation. Discover Financial Services ("Discover") is now part of Capital One Financial Corporation, and I assumed this role at Discover originally in October 2022, under the corresponding title, Senior Manager for Operations Strategy.

2. In this role, my job responsibilities have included, among others, overseeing (i) the Discover Personal Loans application intake processes, including how consumers navigate the Discover website to apply for a personal loan; and (ii) Discover's processes for the disclosure of its terms of use and data collection practices to consumers applying for a Discover personal loan, among other topics.

3. Through my work, I am familiar with the Discover Personal Loans Consumer Privacy Notice ("Privacy Notice") and the Discover Personal Loans Loan Agreement ("Loan Agreement"), as well as with how consumers are presented with these documents.

4. Except where my knowledge is based on my review of Discover's records and documents regularly maintained in the ordinary course of business, I have personal knowledge of the facts in this declaration and could competently testify to them if I am called as a witness.

5. I understand that Plaintiff India Price in this matter alleges that she "called Discover's Contact Center in or about September 2025 and October 2025" and "discussed details regarding" a personal loan for which she had applied; "what she needed the loan for, and other personal details about payment for the loan." Third Amended Compl. ("TAC") ¶¶ 79, 82, Dkt. No. 112.

## A. <u>Consent to Discover's Privacy Notice and Loan Agreement</u>

6. Since at least August 2025, Discover has required website visitors to agree to Discover's Privacy Notice and Loan Agreement to apply for a personal loan via the Discover website. This process requires a website visitor to acknowledge that they have received and agree to the Privacy Notice and Loan Agreement.

7. A true and correct copy of the Privacy Notice, revised April 2025, is attached to the Declaration as **Exhibit 1**. At all relevant times, the Privacy Notice has been available at the following website: https://www.discover.com/privacy-statement/personal-loans-privacy-policy.html.

8. The current version of the Privacy Notice, revised October 2025, is available via the webpage: https://www.discover.com/privacy-statement/personal-loans-privacy-policy.html ("Current Privacy Notice"). No substantive changes were made to the text of the Privacy Notice relating to the subject matter of this Declaration between the April 2025 version and September 2025.

9. A true and correct copy of the Loan Agreement, revised May 18, 2025, is attached to this Declaration as **Exhibit 2**. At all relevant times, the Loan Agreement has been available at the following website: https://www.discover.com/personal-loans/terms-and-conditions/.

10. The current version of the Loan Agreement, dated November 9, 2025, is available at the webpage: https://www.discover.com/personal-loans/terms-and-conditions/ ("Current Loan Agreement"). No substantive changes were made to the text of the Loan Agreement relating to the subject matter of this Declaration between the May and November 2025 versions.

11. Both the May and November versions of the Loan Agreement provide, "You agree that Discover, [its] Affiliates, and agents, including service providers ('Authorized Parties') . . . may record or monitor any calls between you and the Authorized Parties, and that the Authorized Parties or their service providers may use voiceprint technology for identity verification and fraud prevention purposes." Ex. 2 at 2; Current Loan Agreement.

12. Both the May and November versions of the Loan Agreement include an "Agreement to Arbitrate," which provides for the right to resolve disputes via "binding individual arbitration." Ex. 2 at 4; Current Loan Agreement.

13. A consumer can apply for a personal loan from the Discover website via

the following webpage: https://www.discover.com/personal-loans/.

14. ***Consent to Privacy Notice.*** The **first page** of the Personal Loan application ("loan application") states that by providing one's phone number and "clicking 'Continue,'" "You acknowledge receipt and agree" to the hyperlinked and underlined Privacy Notice, labeled "Discover Personal Loans Consumer Privacy Notice." A consumer cannot continue past the first page of the loan application without clicking the "Continue" button.

15. A true and correct image of this webpage, which is as the webpage has appeared since at least August 2025 and which reflects a sample application and sample responses, is attached to this Declaration as **Exhibit 3** and depicted immediately below.



City
Riverwoods

State
Illinois

ZIP code
60015

Preferred Phone Number
(815) 382 - 1920

Email Address
TEST@TEST.COM

I confirm that I have reviewed and agree to the terms of the Consent to Use Electronic Records and Signatures. I also confirm that I have an active email account, the ability to access and view PDF files, and that I may receive communications electronically.

By providing the phone number(s) above and clicking 'Continue':

You agree Discover, a division of Capital One, N.A., its affiliates, and agents ('Discover') may call you or text you, about any current or future accounts or applications, with respect to all products you have with Discover at any phone number you provide. In addition, you agree Discover may contact you using an automatic dialer or pre-recorded voice message. Message and Data rates may apply. Click here for text terms and conditions. You understand your consent is not required to obtain a Personal Loan from Discover, and that you can apply without providing it by calling 1-866-248-1255.

You acknowledge receipt and agree to the Discover Personal Loans Consumer Privacy Notice.

Continue

This won't impact your credit score

16. ***Consent to Loan Agreement.*** The **second page** of the application informs consumers that "[b]y clicking 'Continue' you create an electronic signature certifying that you," among other things, "[r]ead, understand and agree to the Discover Personal Loan" agreement, which is underlined, hyperlinked, and labeled "Important Information and Loan Agreement." A consumer cannot continue past this page without clicking the "Continue" button.

17. A true and correct image of this webpage, which is as the webpage has appeared since at least August 2025 and which reflects a sample application, is attached to this Declaration as **Exhibit 4** and depicted immediately below.




18. The hyperlink from the second page of the loan agreement, labeled "Important Information and Loan Agreement," *see supra* ¶ 16, directs consumers to the Loan Agreement.

19. On the **final page** of the loan application, titled "Review and accept your loan," in a section titled "Final Loan Acceptance Disclosure," Discover informs consumers of the terms of their approved personal loan and advises that they "should expect to . . . receive . . . the final copy of [their] Loan Agreement." Below this section, a consumer is prompted to check a box confirming, "I . . . agree to the loan agreement." A consumer cannot continue past this final page to submit their loan application without checking this box and clicking the "Accept Your Loan" button appearing below the check box, among other requirements.

20. A true and correct image of this webpage, which is as the webpage has appeared since at least August 2025 through April 2026, and which reflects a sample application and sample responses, is attached to this Declaration as **Exhibit 5** and depicted at a reduced scale immediately below.

## Review and accept your loan

Review the information you shared with us and verify that everything is correct.

### Truth-in-Lending Disclosures

Print

**ANNUAL PERCENTAGE RATE**
The cost of your credit as a yearly rate.
**10.99% e**

**FINANCE CHARGE**
The dollar amount the credit will cost you.
**$2,217.00 e**

**Amount Financed**
The amount of credit provided to you or on your behalf.
**$9,000.00**

**Total of Payments**
The amount you will have paid when you make all scheduled payments.
**$11,217.00 e**

**Payment Schedule**
**47 Standard Monthly Payments**
Standard Monthly Payment **$233.69 e**
Payment Due Date **Monthly beginning September 5th e**

**1 Last Monthly Payment**
Last Payment Amount **$233.58 e**
Last Payment Due Date **August 05, 2027 e**

**e means estimate**

**Prepayment**
If you pay off early, you will not have to pay a penalty and will not be entitled to any refund of any paid finance charge.

**Further Terms**
We will send you a loan agreement with additional information about nonpayment, default and other terms.

**Creditor**
Discover, a division of Capital One, N.A., (Discover) - Wilmington, DE 19850

### Itemization of Amount Financed

Request Update Print

| **Funds sent directly to creditors** | | **Total: $9,000.00** |
|---|---|---|
| CHASE CARD SERVICES | Account ending in: 3330 | Amount: $1,000.00 |
| CHASE CARD SERVICES | Account ending in: 3330 | Amount: $1,000.00 |
| CHASE CARD SERVICES | Account ending in: 3330 | Amount: $1,000.00 |
| CHASE CARD SERVICES | Account ending in: 3330 | Amount: $1,000.00 |
| CHASE CARD SERVICES | Account ending in: 3330 | Amount: $1,000.00 |
| CHASE CARD SERVICES | Account ending in: 3330 | Amount: $1,000.00 |
| CHASE CARD SERVICES | Account ending in: 3330 | Amount: $1,000.00 |
| CHASE CARD SERVICES | Account ending in: 3330 | Amount: $1,000.00 |
| Discover Personal Loan | Account ending in: 7194 | Amount: $1,000.00 |

| **Funds sent to me** | | **Total: $9,000.00** |
|---|---|---|
| CITIBANK NA<br>Routing Number: 322271724 | Bank account ending in: 9877 | Account Type: Savings |

### Automatic Payment Authorization

Print

By checking the box below, I, ABBY GROBE authorize Discover, a division of Capital One, N.A., (Discover) to debit each month my CITIBANK, N.A. account ending in 9877 for the amount of $233.69 on the 5th day of each month. This will begin on 2023-09-05. I understand my payment amount may be higher or lower than this amount and, if so, the amount will be provided in the confirmation that I will receive, and in the Automatic Payment Amount on my monthly statement. Discover will send confirmation of this authorization by U.S. mail or in the Secure Message Center. This authorization is to continue until I contact Discover to cancel or change it, or until my loan is repaid in full. I can ask questions, cancel, or make changes until 5:00 pm ET on the day of my next scheduled payment by calling 1-877-256-7632. Discover retains the right to cancel this service at any time. By checking the box below, I also acknowledge that I am the owner or authorized signer of the bank account provided.

☑ **I acknowledge that I understand and agree to this Automatic Payment Authorization.**

You may switch to manual payments by unchecking the Automatic Payment Authorization checkbox.

### Final Loan Acceptance Disclosure

Print

My Discover personal loan has been approved in the amount of $9,000.00 for a term of 48 months and my estimated APR will be 10.99%. My estimated monthly payment amount will be $233.69. Upon acceptance of my loan, I authorize Discover Personal Loans to process the above loan disbursement(s) and understand I can no longer cancel or make any changes. There will not be a prepayment penalty if I pay off my loan early. I should expect to also receive a welcome package which will include the final copy of my Loan Agreement as well as Discover's privacy policy. The information that I have reviewed is an estimate.

Important information about your credit reports

☐ **I have received the important information about my credit reports and agree to the loan agreement.**

For security purposes, please enter your mother's maiden name: [Mother's Maiden Name]

In order to accept your loan, you must complete the required actions

Accept Your Loan

21. A true and correct image of just the "Final Loan Acceptance Disclosure" section of this webpage, which is as the webpage has appeared since at least August 2025 through April 2026, and which reflects a sample application, is attached to this Declaration as **Exhibit 6** and depicted immediately below.


Final Loan Acceptance Disclosure

Print

My Discover personal loan has been approved in the amount of $9,000.00 for a term of 48 months and my estimated APR will be 10.99%. My estimated monthly payment amount will be $233.69. Upon acceptance of my loan, I authorize Discover Personal Loans to process the above loan disbursement(s) and understand I can no longer cancel or make any changes. There will not be a prepayment penalty if I pay off my loan early. I should expect to also receive a welcome package which will include the final copy of my Loan Agreement as well as Discover's privacy policy. The information that I have reviewed is an estimate.

Important information about your credit reports

☐ I have received the important information about my credit reports and agree to the loan agreement.

For security purposes, please enter your mother's maiden name: Mother's Maiden Name

In order to accept your loan, you must complete the required actions.

Accept Your Loan

### B. <u>Disclosures in Discover's Privacy Notice</u>

22. If a consumer clicks the hyperlink from the first page of the loan application, titled "Discover's Personal Loans Consumer Privacy Notice," they would be directed to the Current Privacy Notice, dated October 2025. *See supra* ¶¶ 8, 14.

23. The sections of the Current Privacy Notice relating to the subject matter of this Declaration are substantively identical to those contained in the April 2025 version.

24. These are the only substantively distinct versions of the Privacy Notice that would have been in effect during the time Plaintiff Price allegedly called Discover's Contact Center and "discussed details regarding" a personal loan. TAC ¶ 82.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 18, 2026.

By: [signature]
Lisa Schwenk