KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Cloud Contact Center AI Privacy Litigation* | Lead Case No. 3:23-cv-5437-RFL<br>Consolidated Case No. 3:24-cv-06225-RFL<br>Consolidated Case No. 3:25-cv-10015-RFL<br>Consolidated Case No. 3:25-cv-10765-RFL<br>Consolidated Case No. 5:26-cv-02327-RFL<br><br>**DECLARATION OF IAN KANIG IN SUPPORT OF GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CONSOLIDATED COMPLAINT**<br><br>Date: September 29, 2026<br>Time: 10:00 a.m.<br>Ctrm: 15—18th Floor<br>Judge: Hon. Rita F. Lin<br><br>Date Filed: October 23, 2023<br>FAC: July 22, 2024<br><br>Trial Date: Not Yet Set |

I, Ian Kanig, declare as follows:

1. I am of counsel at Keker, Van Nest & Peters LLP, counsel of record for Google LLC in this action. I am licensed to practice in the State of California and before this Court. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness. I submit this declaration in support of Google's request for judicial notice in support of its motion to dismiss Plaintiffs' third amended consolidated complaint.

**Home Depot Terms and Privacy Policy**

2. Attached hereto as **Exhibit A** is a true and correct copy of Home Depot's My Account Terms and Conditions that were in effect on March 23, 2023, when Plaintiff Samish alleges that he called Home Depot, which are publicly available on the Wayback Machine at: https://web.archive.org/web/20230323005516/https://www.homedepot.com/c/PH_MyAccount. Attached hereto as **Exhibit B** is a true and correct copy of Home Depot's My Account Terms and Conditions that were in effect on September 15, 2023, when Plaintiff Fox alleges that he called Home Depot, which are publicly available on the Wayback Machine at: https://web.archive.org/web/20230915022957%20/https://www.homedepot.com/c/PH_MyAccount. Attached hereto as **Exhibit C** is a true and correct copy of Home Depot's My Account Terms and Conditions that were in effect in October 2023, when Plaintiff Barulich alleges that he called Home Depot, which are publicly available on the Wayback Machine at: https://web.archive.org/web/20231001141941%20/https://www.homedepot.com/c/PH_MyAccount.

3. Attached hereto as **Exhibit D** is a true and correct copy of The Home Depot, Inc. Privacy & Security Statement that was in effect on March 23, 2023, when Plaintiff Samish alleges that he called Home Depot, which is publicly available on the Wayback Machine at: https://web.archive.org/web/20230323002847/https://www.homedepot.com/privacy/privacy-and-security-statement. Attached hereto as **Exhibit E** is a true and correct copy of The Home Depot, Inc. Privacy & Security Statement that was in effect on September 15, 2023, when Plaintiff Fox alleges that he called Home Depot, which is publicly available on the Wayback Machine at: https://web.archive.org/web/20230915020822/https://www.homedepot.com/privacy/privacy-and-

security-statement. Attached hereto as **Exhibit F** is a true and correct copy of The Home Depot, Inc. Privacy & Security Statement that was in effect in October 2023, when Plaintiff Barulich alleges he called Home Depot, which is publicly available on the Wayback Machine at: https://web.archive.org/web/20231016094110/https://www.homedepot.com/privacy/privacy-and-security-statement.

**Uber Terms and Privacy Policies**

4. Attached hereto as **Exhibit G** is a true and correct copy of Uber's U.S. Terms of Use for riders that were in effect in September 2025, when Plaintiff Marquez alleges that she called Uber, which are publicly available on the Wayback Machine at: https://web.archive.org/web/20250930012954/https://www.uber.com/legal/en/document/?name=general-terms-of-use&country=united-states&lang=en. Attached hereto as **Exhibit H** is a true and correct copy of Uber's Platform Access Agreement for drivers that went into effect before Plaintiff Marquez alleges that she called Uber, which Uber filed in *Nuriyev v. Uber Techs., Inc.*, No. 5:25-cv-06123 (N.D. Cal. Aug. 5, 2025), Dkt. No. 20-1, and which is publicly available as a judicial record on the PACER website.

5. Attached hereto as **Exhibit I** is a true and correct copy of the Uber Rider Privacy Notice for riders that was in effect on September 2, 2025, during the time period when Plaintiff Marquez alleges that she called Uber, which is publicly available on the Wayback Machine at: http://web.archive.org/web/20250902213210/https://www.uber.com/global/en/privacy-notice-riders-order-recipients/. Attached hereto as **Exhibit J** is a true and correct copy of the Uber Rider Privacy Policy for riders that was in effect on September 30, 2025, during the time period when Plaintiff Marquez alleges that she called Uber, which is publicly available on the Wayback Machine at: https://web.archive.org/web/20250930012831/https://www.uber.com/global/en/privacy-notice-riders-order-recipients/. Attached hereto as **Exhibit K** is a true and correct copy of the Uber Privacy Notice: Drivers and Delivery People that was in effect for drivers in September 2025, when Plaintiff Marquez alleges that she called Uber, which is publicly available on the Wayback Machine at:

https://web.archive.org/web/20250911025204/https://www.uber.com/global/en/privacy-notice-drivers-delivery-people/.

**Discover Terms and Privacy Policies**

6. Attached hereto as **Exhibit L** is a true and correct copy of Discover's Terms and Conditions that was in effect in September 2025, when Plaintiff Price alleges that she called Discover, which are publicly available on the Wayback Machine at: https://web.archive.org/web/20250804190111/https:/www.discover.com/personal-loans/terms-and-conditions/.

7. Attached hereto as **Exhibit M** is a true and correct copy of the Discover Personal Loans Consumer Privacy Notice that was in effect in September 2025, during the time period when Plaintiff Price alleges that she called Discover, which is publicly available on the Wayback Machine at: https://web.archive.org/web/20250615015348/https://www.discover.com/privacy-statement/personal-loans-privacy-policy.html. Attached hereto as **Exhibit N** is a true and correct copy of the current version of the Discover Personal Loans Consumer Privacy Notice that took effect in October 2025, during the time period when Plaintiff Price alleges that she also called Discover, which is publicly available on Discover's website at: https://www.discover.com/privacy-statement/personal-loans-privacy-policy.html.

8. Attached hereto as **Exhibit O** is a true and correct copy of the Discover California Privacy Notice that was in effect in September and October 2025, when Plaintiff Price alleges that she called Discover, which is publicly available on the Wayback Machine at: https://web.archive.org/web/20250913022450/https://www.discover.com/privacy-statement/california-privacy-notice.html.

**Verizon Terms and Privacy Policy**

9. Attached hereto as **Exhibit P** is a true and correct copy of the Verizon Mobile Customer Agreement that was in effect in March 2026, when Plaintiff Samaco alleges that he called Verizon, which is publicly available on the Wayback Machine at: http://web.archive.org/web/20251109063043/https://www.verizon.com/support/customer-agreement/.

10. Attached hereto as **Exhibit Q** is a true and correct copy of the Verizon Privacy Policy that was in effect in March 2026, when Plaintiff Samaco alleges that he called Verizon, which is publicly available on the Wayback Machine at: http://web.archive.org/web/20260310002204/https://www.verizon.com/about/privacy/full-privacy-policy.

**Google Contract for Cloud Contact Center AI**

11. Attached hereto as **Exhibit R** is a true and correct copy of Google's Service Specific Terms that were in effect from February 9, 2023, through March 26, 2023, during the time period when the first customer service call at issue in this case was made, which is publicly available on Google's website at: https://cloud.google.com/terms/service-terms/index-20230209. Attached hereto as **Exhibit S** is a true and correct copy of the current version of Google's Service Specific Terms that took effect on June 8, 2026, which is publicly available on Google's website at: https://cloud.google.com/terms/service-terms. I have reviewed Google's archived versions of its Cloud Service Specific Terms between February 9, 2023, and June 8, 2026, which are all publicly available on its website, and there are no material differences in its Cloud Service Specific Terms for the purposes of Google's motion to dismiss during that time period.

12. Attached hereto as **Exhibit T** is a true and correct copy of Google's Cloud Platform Terms of Service that were in effect from February 6, 2023, through April 18, 2023, during the time period when the first customer service call at issue in this case was made, which is publicly available on Google's website at https://cloud.google.com/terms/index-20230206. Attached hereto as **Exhibit U** is a true and correct copy of the current version of Google's Cloud Terms of Service that took effect on June 1, 2026, which is publicly available on Google's website at: https://cloud.google.com/terms. I have reviewed Google's archived versions of its Cloud Terms of Service between February 6, 2023, and June 1, 2026, and there are no material differences in its Cloud Terms of Service for purposes of Google's motion to dismiss during that time period.

13. Attached hereto as **Exhibit V** is a true and correct copy of Google's Cloud Platform Services Summary that was in effect from February 16, 2023, through March 29, 2023,

during the time period when the first customer service call at issue in this case was made, which is publicly available on Google's website at: https://cloud.google.com/terms/services/index-20230216. Attached hereto as **Exhibit W** is a true and correct copy of the current version of Google's Cloud Services Summary that took effect on June 8, 2026, which is publicly available on Google's website at: https://cloud.google.com/terms/services. I have reviewed Google's archived versions of its Cloud Services Summary, and there are no material differences in its Cloud Services Summary for the purposes of Google's motion to dismiss during that time period.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 22, 2026, in San Francisco, California.

*/s/ Ian Kanig*
IAN KANIG
Counsel for GOOGLE LLC