KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Cloud Contact Center AI Privacy Litigation* | Lead Case No. 3:23-cv-5437-RFL<br>Consolidated Case No. 3:24-cv-06225-RFL<br>Consolidated Case No. 3:25-cv-10015-RFL<br>Consolidated Case No. 3:25-cv-10765-RFL<br>Consolidated Case No. 5:26-cv-02327-RFL<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR GOOGLE LLC'S REPLY ISO MOTION TO COMPEL ARBITRATION AND REPLY ISO MOTION TO DISMISS**<br><br>Judge: Hon. Rita F. Lin<br>Date Filed: October 23, 2023<br><br>Trial Date: Not Yet Set |

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR REPLY**

Pursuant to Civil Local Rules 6–1(b) and 6–2(a), Plaintiffs Fox, Samish, Barulich, Price, Marquez, and Samaco ("Plaintiffs") and Google LLC (together, the "Parties"), by and through their counsel of record, respectfully submit this Joint Stipulation Regarding Briefing Schedule for Google's Reply in Support of its Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint, as well as a supporting declaration.

WHEREAS, on June 22, 2026, Google filed a Motion to Compel Arbitration and Motion to Dismiss in response to the Third Amended Consolidated Complaint (Dkt. Nos. 117, 121);

WHEREAS, on July 30, 2026, this Court continued the hearing on Google's Motion to Compel Arbitration and Motion to Dismiss by two weeks, to October 13, 2026 (Dkt. No. 126);

WHEREAS, on August 6, 2026, Plaintiffs filed their Oppositions to Google's Motion to Compel Arbitration and Motion to Dismiss (Dkt. Nos. 127, 128);

WHEREAS, on August 19, 2026, counsel for Plaintiffs confirmed that Plaintiff Price consents to Capital One disclosing whether Plaintiff Price entered into a loan agreement with Discover, as set out in the Shacham Declaration;

WHEREAS, the Parties have met and conferred in good faith and have agreed that, in light of the above developments, Google may have **one additional week**, until September 10, 2026, to file its Reply in Support of its Motion to Compel Arbitration and Reply in Support of its Motion to Dismiss;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Google, through their counsel, and subject to the Court's approval:

1. Google's deadline to file its Reply in Support of its Motion to Compel Arbitration shall be extended by one week, until September 10, 2026;
2. Google's deadline to file its Reply in Support of its Motion to Dismiss shall be extended by one week, until September 10, 2026.

**IT IS SO STIPULATED.**

Dated: August 24, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Matan Shacham*
BENJAMIN BERKOWITZ
MATAN SHACHAM
CHRISTINA LEE
IAN KANIG

Attorneys for GOOGLE LLC

Dated: August 24, 2026

BURSOR & FISHER, P.A.

By: */s/ Neal J. Deckant*
NEAL J. DECKANT

Attorney for Plaintiffs JAMES FOX, PETER SAMISH, CHRISTOPHER BARULICH, INDIA PRICE, CHELSEA MARQUEZ, and PAOLO ROMÉO SAMACO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 24, 2026



HONORABLE RITA F. LIN
UNITED DISTRICT COURT JUDGE

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

KEKER, VAN NEST & PETERS LLP

Dated: August 24, 2026

*/s/ Matan Shacham*
MATAN SHACHAM
Counsel for GOOGLE LLC

KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Cloud Contact Center AI Privacy Litigation* | Lead Case No. 3:23-cv-5437-RFL<br>Consolidated Case No. 3:24-cv-06225-RFL<br>Consolidated Case No. 3:25-cv-10015-RFL<br>Consolidated Case No. 3:25-cv-10765-RFL<br>Consolidated Case No. 5:26-cv-02327-RFL<br><br>**DECLARATION OF MATAN SHACHAM IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR GOOGLE LLC'S REPLY ISO MOTION TO COMPEL ARBITRATION AND REPLY ISO MOTION TO DISMISS**<br><br>Ctrm: 15—18th Floor<br>Judge: Hon. Rita F. Lin<br><br>Date Filed: October 23, 2023<br><br>Trial Date: Not Yet Set |

I, Matan Shacham, declare as follows:

1. I am an attorney licensed to practice in the State of California, a partner of Keker, Van Nest & Peters LLP, and counsel for Google LLC. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness. I submit this declaration in support of the concurrently filed Joint Stipulation Regarding Briefing Schedule for Google's Reply in Support of its Motion to Compel Arbitration and Reply in Support of its Motion to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint.

2. On July 30, 2026, this Court continued the hearing on Google's Motion to Compel Arbitration and Motion to Dismiss by two weeks, to October 13, 2026. *See* Dkt. No. 126.

3. On August 6, 2026, Plaintiffs filed their Oppositions to Google's Motion to Compel Arbitration and Motion to Dismiss. *See* Dkt. Nos. 127, 128. In its Opposition to Google's Motion to Compel Arbitration, Plaintiffs argued that Google "has not even shown that Plaintiff Price has a loan with Discover." Dkt. No. 127 at 3.

4. On August 18, 2026, counsel for Google informed Plaintiffs' counsel that "Capital One's counsel . . . has advised that they would be willing to confirm whether Plaintiff Price entered into a loan agreement provided Plaintiff Price consents to Capital One disclosing this confidential information." The next day, Plaintiffs' counsel confirmed that Plaintiff Price consented.

5. On August 21, 2026, the Parties met and conferred by email regarding an extension of Google's Reply Brief deadlines given the recent developments.

6. As a result, the Parties have agreed to propose a one-week extension of time for Google to file its Reply in Support of its Motion to Compel Arbitration and Reply in Support of its Motion to Dismiss:

- Google's deadline to file its Reply in Support of its Motion to Compel Arbitration shall be extended by one week, until September 10, 2026;
- Google's deadline to file its Reply in Support of its Motion to Dismiss shall be extended by one week, until September 10, 2026.

7. This proposed briefing schedule will not have an effect on the case schedule.

8. Below is a list of all previous time modifications in this action:

- On November 21, 2023, the Parties' stipulated to extend Google's deadline to respond to the Complaint from November 28, 2023 to January 16, 2024;
- On August 1, 2024, after granting Google's motion to dismiss, the Court granted the Parties' stipulation staying Google's deadline to respond to Plaintiffs' First Amended Complaint in light of the anticipated transfer and consolidation of *Barulich v. Google, LLC*, No. 24-cv-06225 (N.D. Cal.);
- On September 30, 2024, the Court consolidated *Ambriz* and *Barulich* ("*Ambriz Consolidated I*") and set a deadline for Plaintiffs to file a Consolidated First Amended Complaint and for Google to respond to that complaint;
- On November 21, 2024, this Court granted the Parties' stipulation extending the time for Plaintiffs and Google to file their opposition and reply briefs for Google's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint;
- On February 19, 2025, this Court granted the Parties' stipulation extending the time for Google to answer Plaintiffs' Consolidated Class Action Complaint;
- On November 14, 2025, this Court granted Plaintiffs' administrative motion to extend the case schedule by approximately 90 days;
- On January 26, 2026, Google substituted its counsel, and in view of that substitution, on January 29, 2026, this Court granted the Parties' stipulation to extend the deadlines for discovery and class certification by approximately 90 days and to allow the Parties time to complete discovery and briefing;
- On February 17, 2026, this Court granted the Parties' stipulation to consolidate *Price v. Google LLC*, Case No. 3:25-cv-10015-RFL (N.D. Cal.), and *Marquez v. Google LLC*, Case No. 3:35-cv-10765-RFL (N.D. Cal.), with *Ambriz Consolidated I* (collectively, "*Ambriz Consolidated II*") and set a deadline for

Plaintiffs to file a Second Amended Consolidated Class Action Complaint and for Google to file a response to that complaint;

- On April 7, 2026, this Court granted the Parties' stipulation to consolidate *Samaco v. Google LLC*, Case No. 5:26-cv-02327-EKL (N.D. Cal.), with *Ambriz Consolidated II* (collectively, "*In re Google Cloud Contact Center AI Privacy Litigation*") and set a deadline for Plaintiffs to file a Third Amended Consolidated Class Action Complaint and for Google to file its response;
- On April 28, 2026, this Court granted the Parties' stipulation extending the time for Google to respond to Plaintiffs' Third Amended Consolidated Class Action Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 24, 2026, in San Francisco, California.

*/s/ Matan Shacham*
MATAN SHACHAM
Counsel for GOOGLE LLC