KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Cloud Contact Center AI Privacy Litigation* | Lead Case No. 3:23-cv-5437-RFL<br>Consolidated Case No. 3:24-cv-06225-RFL<br>Consolidated Case No. 3:25-cv-10015-RFL<br>Consolidated Case No. 3:25-cv-10765-RFL<br>Consolidated Case No. 5:26-cv-02327-RFL<br><br>**SUPPLEMENTAL DECLARATION OF CARLOS MARTINEZ IN SUPPORT OF GOOGLE LLC'S REPLY ISO MOTION TO COMPEL ARBITRATION**<br><br>Ctrm: 15—18th Floor<br>Judge: Hon. Rita F. Lin<br><br>Date Filed: October 23, 2023<br><br>Trial Date: Not Yet Set |

I, Carlos Martinez, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an attorney at Keker, Van Nest and Peters LLP and I represent Google LLC ("Google") in this action. I submit this supplemental declaration in support of the Motion to Compel Individual Arbitration filed by Google in the above-referenced matter. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could testify competently under oath.

2. On August 18, 2026, I emailed counsel for Plaintiffs, Neal Deckant, and informed him that Discover[1] would be willing to confirm whether Plaintiff Price entered into a loan agreement provided Plaintiff Price consented to Discover disclosing this confidential information.

3. On August 19, 2026, Mr. Deckant confirmed that Plaintiff Price consented to the disclosure.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the email chain between me and Mr. Deckant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 10, 2026, in San Francisco, California.

*/s/ Carlos Martinez*
CARLOS MARTINEZ

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: September 10, 2026

*/s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ

[1] Discover is now a part of Capital One. Dkt. 120 ¶ 1.