UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Cloud Contact Center AI Privacy Litigation* | Lead Case No. 3:23-cv-5437-RFL<br>Consolidated Case No. 3:24-cv-06225-RFL<br>Consolidated Case No. 3:25-cv-10015-RFL<br>Consolidated Case No. 3:25-cv-10765-RFL<br>Consolidated Case No. 5:26-cv-02327-RFL<br><br>**SUPPLEMENTAL DECLARATION OF LISA SCHWENK**<br><br>Judge: Hon. Rita F. Lin |

I, Lisa Schwenk, hereby declare as follows:

1. I am Senior Manager for Process Management at Capital One Financial Corporation. Discover Financial Services ("Discover") is now part of Capital One Financial Corporation, and I assumed this role at Discover originally in October 2022, under the corresponding title, Senior Manager for Operations Strategy.

2. Except where my knowledge is based on my review of Discover's records and documents regularly maintained in the ordinary course of business, I have personal knowledge of the facts in this declaration and could competently testify to them if I am called as a witness.

3. In June 2026, I submitted an initial Declaration in this matter ("First Schwenk Declaration").

4. I understand that Plaintiff India Price has now consented to the disclosure of information regarding her entry into the Discover Personal Loans Loan Agreement ("Loan Agreement").

5. Discover records show that on September 1, 2025, Plaintiff Price initiated an online application with Discover Personal Loans to obtain a personal loan, which application was completed online on September 3, 2025.

6. As described in my previous declaration, for Plaintiff Price to have submitted this loan application, she would have had to click a "Continue" button certifying that she "[r]ead, understand[s] and agree[s] to the Discover Personal Loan" agreement. First Schwenk Decl. ¶ 16, Dkt. No. 120; Dkt. No. 120-4, at 2. Plaintiff Price also had to check a box confirming that she "agree[d] to the loan agreement." First Schwenk Decl. ¶ 19; *see also* Dkt. No. 120-5, at 3; Dkt. No. 120-6, at 2.

7. As reflected in Exhibits 5 and 6 to the First Schwenk Declaration, on the final page of the loan application, in a section titled "Final Loan Acceptance Disclosure," Discover informs consumers that "[u]pon acceptance of [their] loan," consumers "should expect to . . . receive a welcome package which will include the final copy of [their] Loan Agreement." Dkt. No. 120-5, at 3; Dkt. No. 120-6, at 2; *see*

*also* First Schwenk Decl. ¶¶ 19–21.

8. Following Plaintiff Price's submission of her loan application, Discover sent Plaintiff Price by mail, on September 4, 2025, a physical copy of her Discover Personal Loans Loan Agreement, revised May 18, 2025.

9. A true and correct copy of the Loan Agreement sent to Plaintiff Price by mail on September 4, 2025, is attached to this declaration as **Exhibit A**.

10. This May 18, 2025, version of the Loan Agreement mailed to Plaintiff Price is substantively identical to the May version of the Loan Agreement addressed in the First Schwenk Declaration. *See* Dkt. No. 120-2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 3, 2026.

Signed by:

By: ______________________
FD5E97B4FF5142D...
Lisa Schwenk